CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 MAR 14  AM 8: 53

DEPUTY CLERK **AA**

# US District Court

# Dallas, TX

## Complaint

**3-17CV0734-L**

Parties:

Ryan Gallagher
4611 Basil Dr
Mckinney, TX 75070

**v.**

Drug Enforcement Agency
8701 Morrissette Dr.
Springfield, VA 22152

US Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

Ryan Gallagher, Pro Se, hereby files this Complaint and makes these allegations based on information and belief which are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery—against Defendants, Drug Enforcement Agency ("DEA" or "Defendant") and the Attorney General ("AG" or "Defendant 2"). I ask that the court consider the fact that I am not a lawyer, but am alleging violations of various rights, which after discovery will be blatantly clear. Cruz v. Beto 405 U.S. 319 (1972).

*It meets at least the prima facie standard, if not more than Prima facie*

# I. Introduction

1. DEA has violated the Rights which are guaranteed by the Amendments & Clauses of the Constitution, as well as International Agreements (see various Sections below & Exhibits).

2. Defendant and Defendant 2 allow for various Medical and Industrial Exemptions but fail to provide religious Exemptions (Constitutionally Guaranteed by the 1st Amendment). The Constitution says that laws cannot be made to prohibit the Free Exercise of

Religion. If a business can be exempt from a law, a Religion cannot be barred from being exempt from the same law.

3. Defendant & Defendant 2 have assassinated the Character of Religious Practitioners, and Religions themselves, by Over-Broadly, and Unconstitutionally applying the Controlled Substances Act.

4. Defendant and Defendant 2 allow the operations of illegal Monopolies (see section XII, Exhibit 11, Exhibit 13  & United States of America, Appellee v. Microsoft Corporation, Appellant, 253 F.3d 34 (D.C. Cir. 2001)). Without Defendant and Defendant 2 protecting the Monopolies there would be healthy competition, which is being blocked by these Monopolies.

5. Monopoly groups have publicly traded stock on the NYSE, meaning that the Controlled Substances Act, and there for the DEA, is actively protecting the price of certain Stocks.

6. Taxpayer Dollars, via Defendant, are being used to secure these Monopolies, via the Controlled Substances Act. (see Flast v. Cohen 392 U.S. 83 (1968)).

7. The looming threat of arrest and illegal action taken by law enforcement stands ever present for the Plaintiff and the plaintiff has been put in jail twice due to Defendant and Defendant 2, and has been subject to Narcotics Investigation and stolen property due to Defendant and Defendant 2 and their enforcement of these Monopolies.

8. Many have lost their lives due to the Overbroad, Unconstitutional, Enforcement of these laws. And many other lose their lives every day in furtherance of these Monopolies, including the Plaintiff's own brother.

9. Defendant could easily end the Monopoly simply by opening registration to all US Citizens or Companies and accepting those that qualify, instead of only allowing chosen companies to retain control of the entirety of each market, but instead chooses to enforce Monopolies.

# II. Venue and Jurisdiction

28 USC S 1442

Title II Rule 3, 4.1 & 5

Federal Rules of Civil Procedure, Rule 5.1

28 U.S. Code § 1332

§ 12 Clayton Act, 15 U.S.C. § 22

§ 16 Clayton Act, 15 U.S.C. § 26

I was put in jail due to these laws and enforcement of these Monopolies, my brother died due to these laws and enforcement of these Monopolies, and I was later subject to having property stolen and having a Narcotics Investigation opened on me due to these laws and enforcement of these Monopolies.

# III. Factual Allegations

Defendant 2 Interprets laws, and Defendant Enforces laws which do and have operate(d) an Unconstitutional violation of Rights, including the arrest of Plaintiff, the jailing of the Plaintiff, a Narcotics Investigation and theft of Plaintiff's property, and the death of the Plaintiff's brother. as well as lost a job over it, due to false charges

# IV. First Cause of Action: Violation of the Free Exercise Clause (1st Amendment), causing undue arrest (4th Amendment), jailing (4th Amendment), investigation (14th Amendment) and seizure (4th Amendment)

Per the Supreme Court, a Substance being labeled Schedule I is not enough to prove it is dangerous, and therefore cannot be barred from Religious protections only because it is Schedule I. Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal, 546 U.S. 418 (2006); Burwell v. Hobby Lobby, 573 U.S. ___ (2014). The Plaintiff on a regular basis has his rights violated, without regard to this. The plaintiff has been arrested and put in jail 2 times, first on April 20th 2010 (Mckinney Texas) and again in August 2015 (also Mckinney Texas), and had to fight in court over 6 years due to ignorance of this Supreme Court ruling. The plaintiff has also been subject to a Narcotics Investigation (Starting February 3rd 2016) due to ignorance of this Supreme Court ruling. Laws cannot Covertly or Overtly forbid the practice of any Religion. Church of the Lukumi Babalu Aye, Inc. v. Hialeah 508 U.S. 520 (1993); United States v. Price 383 U.S. 787 (1966)

Defendant and Defendant 2 fail to recognize this ruling, which leads to a failure of lower enforcement bodies to recognize it as well, which could be corrected with a public Statement by either Defendant or Defendant 2. Defendant 2 also allows for corporations to sidestep these laws using DEA Form 225, protocol found in 21 CFR 1301.18. And the Free Exercise Clause states that Congress shall make no laws to prohibit the Free

Exercise of Religion, so if a Corporation is going to be given the Right/Opportunity, Religions must be given the same Right/Opportunity. This right must be afforded to Religion whether or not they are mainstream Religions Cutter v. Wilkinson, 544 U.S. 709 (2005); Obergefell v. Hodges, 576 U.S. ___ (2015). And my Religion, Shaivite Hinduism, is a mainstream Religion being 15% of the planet. I am also a member of the Church of Neuroscience which is not a mainstream Church, but falls under the same protections. Failure of Defendant and Defendant 2 to recognize these rights have caused the various issues mentioned above, as well as various issues that have not been covered yet. Congress may choose whether Corporations have this right, as they have a right to regulate Commerce, they may not decide whether or not Religions have this right, as they may not regulate Religion. But Corporations having the right proves that it is not something that should not be considered to cover Religion. A law is only a law if it fulfills Constitutional promises, the Constitution being the only thing that allows law to exist, via the Commerce Clause and the right of Congress to write laws. Hilton v. Guyot159 U.S. 113 (1895); Walz v. Tax Comm'n of City of New York, 397 U.S. 664 (1970); Ponce v. Roman Catholic Church, 210 U.S. 296 (1908).

Other Case Law

Corp. of Presiding Bishop v. Amos483 U.S. 327 (1987)

Everson v. Board of Education330 U.S. 1 (1947)

Cantwell v. Connecticut310 U.S. 296 (1940)

US Code

42 U.S. Code Chapter 21B
42 U.S. Code Chapter 21C

# V. Second Cause of Action: Gerrymandering, causing Death

Defendant and Defendant 2 are not only causing Religious rights violations, but are also the cause of Medical Gerrymandering via Monopolies. The Plaintiff's brother, Mason Ryan Wight, died in 2013 at the age of 11 due to enema (brain swelling) which could have been reversed by the use of a Cannabinoid. And while the University of Mississippi is allowed to Research Marijuana, Mallinckrodt is allowed to synthesize Tetrahydrocannabinols, and the few existing Federal Marijuana patients are allowed to use Marijuana, hospitals are not allowed to and will not apply Marijuana in instances like this, due to the Gerrymandering of Defendant and Defendant 2, which led to this death.

The DEA did recognize as of August 2016 that is was operating a Marijuana Research Monopoly with the University of Mississippi, and opened up registration. But the damage was already done. Burwell v. Hobby Lobby Stores, Inc. 573 U.S. ___ (2014) should be considered in cases regarding Hospitals and other incorporated entities.

United States Pharmacopeia Marijuana Entry
http://www.usp.org/sites/default/files/usp_pdf/EN/USPNF/usp-nf-notices/usp_stim_article_medical_cannabis.pdf

DEA Judge Francis Young, findings of fact
http://www.ccguide.org/young88.php

Federal Marijuana Patients (Patients who are sent Marijuana by the US Government)
http://medicalmarijuana.procon.org/view.answers.php?questionID=257

Exemption for Industrial Purposes, more Gerrymandering
7 U.S. Code § 5940

The Cole Memorandum, more Gerrymandering
https://www.justice.gov/iso/opa/resources/3052013829132756857467.pdf

Anti-Monopoly Law

15 U.S. Code § 1
§ 1 Clayton Act, 15 U.S.C. § 12
United States v. E. C. Knight Co. 156 U.S. 1 (1895)
Swift & Co. v. United States, 196 U.S. 375 (1905)
Normaco DE Inc v. DEA, No. 02-1211 (D.C. Cir. 2004)
John Doe Inc v. DEA, 484 F.3d 561 (D.C. Cir. 2007)
Norman Bridge Drug Company, Plaintiff-appellee, v. Michael Banner, John R. Bartels, Jr., Administrator, Drug Enforcement Administration, et al., Defendants-appellants, 529 F.2d 822 (5th Cir. 1976)

DEA (Defendant) admission in August 2016 of its Marijuana Research Monopoly with the University of Mississippi
https://www.federalregister.gov/documents/2016/08/12/2016-17955/applications-to-become-registered-under-the-controlled-substances-act-to-manufacture-marijuana-to

Stepan has been a Coca Leaf Extract and Raw Cocaine Monopoly in America, perpetuated by the Defendants
https://www.deadiversion.usdoj.gov/fed_regs/manufact/reg/2016/fr0414_3.htm

Mallinckrodt has been a Pure Cocaine (not Coca leaf and Raw cocaine), and Tetrahydrocannabinol (THC and dirivitives) Monopoly in America perpetuated by the Defendants
https://www.deadiversion.usdoj.gov/fed_regs/manufact/reg/2016/fr0218_6.htm

DOJ Memorandum Warning the DEA that it is operating Monopolies, and telling them to open up registration to everyone
https://www.justice.gov/atr/memorandum-antitrust-division-united-states-department-justice-amicus-curiae-support-application

Exceptions, which need to be followed according to the DOJ, and which should apply to Religions if they are going to apply to corporations.
21 U.S. Code § 952
21 U.S. Code § 823

You can not allow this to go on, then arrest people for doing the same thing these companies do, but in a Religious manner. I am a sincere Hindu Shaivite Wisconsin v. Yoder U.S. 205 (1972) and member of the Church of Neuroscience, so I should have the right to use, possess, manufacture, and import Marijuana and other sacraments, no different from these corporations.

Hymns from the Rig Veda
https://books.google.com/books?id=IqKwteD19U8C&pg=PA137&lpg=PA137&dq=rig+veda+long-hair+drug&source=bl&ots=MKyMx6Gofj&sig=oxfr2HCbnVxNqUp-TucDazbJJkl&hl=en&sa=X&ved=0ahUKEwiXno_AmLLPAhUOzGMKHUS7AdgQ6AEIHDAA#v=onepage&q=rig%20veda%20long-hair%20drug&f=false

Government Funded Research Website Article about my Religion
https://www.ncbi.nlm.nih.gov/pubmed/22742944

The Indian Hemp Drugs Commission Report (1893-94)
http://digital.nls.uk/indiapapers/browse/pageturner.cfm?id=74908458

The Encyclopedia of Religion
Vol. 6
http://e-reading.club/bookreader.php/133758/Jones_-_Encyclopedia_of_religion._vol._06_of_14_%28GODDESS_WORSHIP_-_ICONOCLASM%29.pdf

In your brain you have an Endocannabinoid System (ECS), and it has shown to play an important role in different Neural functions. These papers explain some of the things the ECS plays a role in, including Neurogensis
http://link.springer.com/chapter/10.1007%2F978-0-387-74349-3_12
http://www.jci.org/articles/view/25509

This paper includes a full explanation of what Neurogenesis is

http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3106107/

It has also been shown that the Endocannabinoid called 2-AG has been proven to be able to protect the brain from brain damage in the case of a Traumatic Brain Injury and can stop brain swelling.
This study was done in 2001 and shows that it protects the brain from brain damage
http://www.ncbi.nlm.nih.gov/pubmed/11586361

This study was done in 2003 and shows that it can reverse brain swelling (Edema) which happens to people in a Coma and is  a major cause of death in a Coma, or after a Stroke.
http://www.ncbi.nlm.nih.gov/pubmed/14753451

This study also shows that is can reverse brain swelling
http://www.ncbi.nlm.nih.gov/pubmed/15729296

There is even a Patent for 2-AG that says what it does
https://www.google.com/patents/WO2001097793A2?cl=en

These research papers explain how Cannabinoids act as a Neuroprotectant
http://www.ncbi.nlm.nih.gov/pubmed/15837565
http://science.sciencemag.org/content/302/5642/84

MM Steel, LP v. Reliance Steel & Aluminum Co. et al, No. 4:2012cv01227 - Document 504 (S.D. Tex. 2014)
2 Companies conspiring against Competitor(s)

Tunica Web Advertising v. TUNICA CASINO OPERATORS, 496 F.3d 403 (5th Cir. 2007)
Section 1 of the Sherman Act

Spectators' Comm. Network, Inc. v. Colonial Country Club, et al., 253 F.3d 215 (5 th Cir. 2001)
1. Engaged in Conspiracy;
2. That restrained trade;
3. In a particular market

NW Wholesale Stationers v. Pac. Stationery 472 U.S. 284 (1985)
"Disadvantage competitors by directly denying… relationships the competitor needs in the competitive struggle"

# VI. Third Cause of Action: Violation of the 18th/21st Amendments

Further,

Mellouli v. Lynch 575 U.S. ___ (2015)
Pre-1970 Coca Statutes applied with the Controlled Substances Act

The Importance of Religious Exemption & Indication via legislation that "Intoxicating Liquors" includes more than just Malt or Vinous based Liquors can be found in the now defunct The Volstead Act.
*"The words "beer, wine, or other intoxicating malt or vinous liquors" in the War Prohibition Act shall be hereafter construed to mean any such beverages which contain one-half of 1 per centum or more of alcoholic beverages by volume."*
The statement "*intoxicating malt or vinous liquors*" implies that there are various other kinds, apart from malt and vinous. This means that the 18th Amendment when stating "*Intoxicating Liquors*" was broad, then the president interpreted it by stating "*Malt and Vinous*", and Congress further interpreted it by stating "*one-half per centum or more of alcohol…*", but in the 21st Amendment when all of this was repealed, it was a repeal, which means all the interpretation was void, and the original Amendment, in full, was being repealed.

The Volstead Act also stated
*"Liquor for nonbeverage purposes and wine for sacramental purposes may be manufactured, purchased, sold, bartered, transported, imported, exported, delivered furnished and possessed…"*
And
*"Nothing in this title shall be held to apply to the manufacture, sale, transportation, importation, possession, or distribution of wine for sacramental purposes, or like religious rites…"*
Which shows the importance of Religion in these cases.

Medical Definition of liquor
(via Merriam Website)
a: a liquid substance: asa:  a usually distilled rather than fermented alcoholic beverage
b:  *a solution of a medicinal substance usually in water—compare tincture*
Examples:
Liquid Cocaine/Coca-Cola, Liquid Opium/Laudanum, Liquid Marijuana/Bhang

Wording of the 18th Amendment
AMENDMENT XVIII
Passed by Congress December 18, 1917. Ratified January 16, 1919. Repealed by amendment 21.

Wording of the 21st Amendment

AMENDMENT XXI
*Passed by Congress February 20, 1933. Ratified December 5, 1933.*

Commerce Clause & Intoxicating Liquors. Intoxicating Liquors
(via Granholm v. Heald 544 U.S. 460 (2005))

Other Case Law
Nebraska and Oklahoma v. Colorado (2016)
North Dakota v. United States495 U.S. 423 (1990)
Bacchus Imports, Ltd. v. Dias 468 U.S. 263 (1984)
Mugler v. Kansas 123 U.S. 623 (1887)
Scott v. Donald 165 U.S. 58 (1897)
Craig v. Boren429 U.S. 190 (1976)
Levitan and Leonardo v.Ashcroft, District Court for DC (No. 99cv00017)

# VII. Fourth Cause of Action: Violation of the 9th Amendment

I would argue, under Rule 5.1 of the Federal Rules of Civil Procedure, that the Controlled Substances Act, being Unconstitutional, is not law and should therefor be overturned by this court. I would also argue that to not do so would be a violation of the Oath of any Judge involved.

5 U.S. Code § 3331
42 U.S. Code § 14141
Leary v. United States, 395 U.S. 6 (1969)
Norton v. Shelby County. 118 U.S. 425
Marbury v. Madison, 5 US 137
Shuttlesworth v. Birmingham, 373 US 262
Murdock v. Penn., 319 US 105
Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958)
Owen v. Independence, 100 S.C.T. 1398, 445 US 622
Boyd v. U.S., 116 U.S. 616
Yick Wo v. Hopkins 118 U.S. 356 (1886)
Brown v. New Jersey 175 U.S. 172 (1899)

# VIII. Fifth Cause of Action: Violation of International Agreements

In failing to Recognize Schedule I drugs as protected for Religious use, as prescribed by the Gonzales V O Centro case, and allowing lower level enforcement agencies to continue to be oblivious, Defendant and Defendant 2 are violating International Agreements.

Universal Declaration of Human Rights, G.A. res. 217A (III), U.N. Doc
A/810 at 71 (1948).
**Article 18**

International Covenant on Civil and Political Rights, G.A. res. 2200A (XXI),
21 U.N. GAOR Supp. (No. 16) at 52, U.N. Doc. A/6316 (1966), 999 U.N.T.S. 171,
*entered into force* Mar. 23, 1976.
**Article 18**

Declaration on the Elimination of All Forms of Intolerance and of
Discrimination Based on Religion or Belief, G.A. res. 36/55, 36 U.N. GAOR Supp. (No.
51) at 171, U.N. Doc. A/36/684 (1981).
**Article 1**
**Article 2**
**Article 4**
**Article 6**
**Article 7**

Special Rapporteur on freedom of religion or belief (1986)
The Special Rapporteur has been mandated through Human Rights
Council resolution 6/37

Human Rights Committee, General Comment 22, Article 18 (Forty-eighth
session, 1993). Compilation of General Comments and General Recommendations
Adopted by Human Rights Treaty Bodies, U.N. Doc. HRI/GEN/1/Rev.1 at 35 (1994).

# IX. Claim

The Plaintiff claims that the Controlled Substances Act (CSA) is Unconstitutional As-
Applied causing damage to the Plaintiff in the form of arrest, jailing, investigation,
seizure, loss of family member life and the act is Dangerous on its face (Possibly
Unconstitutional on its face), as well as perpetuates Monopolies or is being applied
wrong by the Defendants, and the plaintiff challenges it under Federal Rules of Civil
Procedure, Rule 5.1

§ 4 Clayton Act, 15 U.S.C. § 15

Pierce v. Society of Sisters 268 U.S. 510 (1925)
*"The injury to appellees was present and very real, not a mere possibility in the remote
future."*

USC Title 42 Chapter 21B
USC Title 42 Chapter 21C
18 U.S. Code Chapter 96 -RICO

# X. Prayer for Relief

Whereby the Plaintiff Prays the Court, terminate the Illegal Monopolies, Overturn any laws being used Unconstitutionally by Defendants (Primarily the Controlled Substances Act), Yick Wo v. Hopkins 118 U.S. 356 (1886), Leary v. United States 395 U.S. 6 (1969), Release any persons who are currently illegally jailed, and award the plaintiff $10,000,000 for all physical and emotional distress and damages, as well as violation of rights and for the Defendants allowing Government enforced Monopolies to damage his ability to practice his Religion.

28 U.S. Code Chapter 171 -Tort

42 U.S. Code § 1983 - Rights Violated

42 U.S. Code § 1988 -Vindication of Rights

TX Code Title 5. Governmental liability chapter 110. Religious Freedom

Texas Constitution ARTICLE 1. BILL OF RIGHTS

And order the Media to report on the Judgement, as per the following Statute

§ 5 Clayton Act, 15 U.S.C. § 16 (Tunney Act)



This document is scheduled to be published in the
Federal Register on 08/12/2016 and available online at
**http://federalregister.gov/a/2016-17960**, and on **FDsys.gov**

Billing Code 4410-09-P

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**21 CFR Chapter II**

**[Docket No. DEA-427]**

**Denial of Petition to Initiate Proceedings to Reschedule Marijuana**

**AGENCY:**  Drug Enforcement Administration, Department of Justice.

**ACTION:**  Denial of petitition to initiate proceedings to reschedule

marijuana.**SUMMARY:**  By letter dated July 19, 2016 the

Drug Enforcement Administration (DEA) denied a petition to initiate rulemaking

proceedings to reschedule marijuana. Because the DEA believes that this matter is of

particular interest to members of the public, the agency is publishing below the letter sent

to the petitioner which denied the petition, along with the supporting documentation that

was attached to the letter.

DATES: [Insert date of publication in the Federal Register].

**FOR FURTHER INFORMATION CONTACT:** Michael J. Lewis, Office of Diversion

Control, Drug Enforcement Administration; Mailing Address:  8701 Morrissette Drive,

Springfield, Virginia 22152; Telephone:  (202) 598–6812

**SUPPLEMENTARY INFORMATION:**

July 19, 2016
Dear Mr. Krumm:

On December 17, 2009, you petitioned the Drug Enforcement Administration (DEA)
to initiate rulemaking proceedings under the rescheduling provisions of the Controlled
Substances Act (CSA).  Specifically, you petitioned DEA to have marijuana removed

from schedule I of the CSA and rescheduled in any schedule other than schedule I of the CSA.

You requested that DEA remove marijuana from schedule I based on your assertion that:

1. Marijuana has accepted medical use in the United States;
2. Studies have shown that smoked marijuana has proven safety and efficacy;
3. Marijuana is safe for use under medical supervision; and
4. Marijuana does not have the abuse potential for placement in schedule I

In accordance with the CSA scheduling provisions, after gathering the necessary data, DEA requested a scientific and medical evaluation and scheduling recommendation from the Department of Health and Human Services (HHS). HHS concluded that marijuana has a high potential for abuse, has no accepted medical use in the United States, and lacks an acceptable level of safety for use even under medical supervision. Therefore, HHS recommended that marijuana remain in schedule I. The scientific and medical evaluation and scheduling recommendation that HHS submitted to DEA is attached hereto.

Based on the HHS evaluation and all other relevant data, DEA has concluded that there is no substantial evidence that marijuana should be removed from schedule I. A document prepared by DEA addressing these materials in detail also is attached hereto. In short, marijuana continues to meet the criteria for schedule I control under the CSA because:

1) *Marijuana has a high potential for abuse.* The HHS evaluation and the additional data gathered by DEA show that marijuana has a high potential for abuse.

2) *Marijuana has no currently accepted medical use in treatment in the United States.* Based on the established five-part test for making such determination, marijuana has no "currently accepted medical use" because: As detailed in the HHS evaluation, the drug's chemistry is not known and reproducible; there are no adequate safety studies; there are no adequate and well-controlled studies proving efficacy; the drug is not accepted by qualified experts; and the scientific evidence is not widely available.

3) *Marijuana lacks accepted safety for use under medical supervision.* At present, there are no U.S. Food and Drug Administration (FDA)-approved marijuana products, nor is marijuana under a New Drug Application (NDA) evaluation at the FDA for any indication. The HHS evaluation states that marijuana does not have a currently accepted medical use in treatment in the United States or a currently accepted medical use with severe restrictions. At this time, the known risks of marijuana use have not been shown to be outweighed by specific benefits in well-controlled clinical trials that scientifically evaluate safety and efficacy.

The statutory mandate of 21 U.S.C. 812(b) is dispositive. Congress established only one schedule, schedule I, for drugs of abuse with "no currently accepted medical use in

treatment in the United States" and "lack of accepted safety for use under medical supervision." 21 U.S.C. 812(b).

Although the HHS evaluation and all other relevant data lead to the conclusion that marijuana must remain in schedule I, it should also be noted that, in view of United States obligations under international drug control treaties, marijuana cannot be placed in a schedule less restrictive than schedule II. This is explained in detail in the accompanying document titled "Preliminary Note Regarding Treaty Considerations."

Accordingly, and as set forth in detail in the accompanying HHS and DEA documents, there is no statutory basis under the CSA for DEA to grant your petition to initiate rulemaking proceedings to reschedule marijuana. Your petition is, therefore, hereby denied.

Sincerely,

**Chuck Rosenberg**
*Acting Administrator*

Attachments:

Preliminary Note Regarding Treaty Considerations

Cover Letter from HHS to DEA Summarizing the Scientific and Medical Evaluation and Scheduling Recommendation for Marijuana.

U.S. Department of Health and Human Services (HHS) – Basis for the Recommendation for Maintaining Marijuana in Schedule I of the Controlled Substances Act

U.S. Department of Justice - Drug Enforcement Administration (DEA), Schedule of Controlled Substances: Maintaining Marijuana in Schedule I of the Controlled Substances Act, Background, Data, and Analysis: Eight Factors Determinative of Control and Findings Pursuant to 21 U.S.C. 812(b)

Dated:  July 19, 2016.

Chuck Rosenberg,

*Acting Administrator.*

**HEADQUARTERS NEWS**

August 30, 2016
Contact: DEA Public Affairs
(202) 307-7977

## DEA Announces Intent to Schedule Kratom
### *SE Asian drug is imminent hazard to public safety*

**AUG 30 (WASHINGTON)** - The Drug Enforcement Administration (DEA) today announced its intention to place the active materials in the kratom plant into Schedule I of the Controlled Substances Act in order to avoid an imminent hazard to public safety. Mitragynine and 7-hydroxymitragynine are found in kratom, which is a tropical tree indigenous to Thailand, Malaysia, Myanmar, and other areas of Southeast Asia. The announcement was made in the U.S. Federal Register and can be found by following this link.

Kratom is abused for its ability to produce opioid-like effects and is often marketed as a legal alternative to controlled substances. Law enforcement nationwide has seized more kratom in the first half of 2016 than any previous year and easily accounts for millions of dosages intended for the recreational market, according to DEA findings. In addition, kratom has a high potential for abuse, has no currently accepted medical use in treatment in the United States, and has a lack of accepted safety for use under medical supervision. These three factors constitute a Schedule I controlled substance according to the Controlled Substances Act passed by Congress in 1970.

Kratom has been seized by law enforcement in various forms, including powder, plant, capsules, tablets, liquids, gum/resin, and drug patch. Because the identity, purity levels, and quantity of these substances are uncertain and inconsistent, they pose significant adverse health risks to users.

From February 2014 to July 2016, over 55,000 kilograms of kratom material were encountered by law enforcement at various ports of entry within the United States. Additionally, another 57,000+ kilograms of kratom material offered for import into the United States between 2014 and 2016 are awaiting an FDA admissibility decision. Together, this material is enough to produce over 12 million doses of kratom. The FDA has also warned the public not to use any products labeled as containing kratom due to concerns about toxicity and potential health impacts. In addition, FDA has issued and updated two import alerts related to kratom products. Kratom has been on DEA's list of drugs and chemicals of concern for several years.

The American Association of Poison Control Centers identified two exposures to kratom from 2000 and 2005. Between 2010 and 2015, U.S. poison centers received 660 calls related to kratom exposure. The Center for Disease Control (CDC) found that kratom abuse leads to agitation, irritability, tachycardia, nausea, drowsiness, and hypertension. Health risks found in kratom abusers include hepatotoxicity, psychosis, seizure, weight loss, insomnia, tachycardia, vomiting, poor concentration, hallucinations, and death. DEA is aware of 15 kratom-related deaths between 2014 and 2016.

A-Z Index     Accessibility     Contact Us     Environmental Stewardship     FOIA     Legal Policies & Disclaimers
           No FEAR Act     Privacy Policy     Plug-Ins     USA.gov     Whistleblower Protection

3/11/2017    Federal Register :: Withdrawal of Notice of Intent to Temporarily Place Mitragynine and 7-Hydroxymitragynine Into Schedule I

LEGAL STATUS    Case 3:17-cv-00734-L-BN    Document 2    Filed 03/14/17    Page 16 of 79    PageID 18

# Withdrawal of Notice of Intent to Temporarily Place Mitragynine and 7-Hydroxymitragynine Into Schedule I

A Proposed Rule by the Drug Enforcement Administration on 10/13/2016

---

**DOCUMENT DETAILS**

**Printed version:**
PDF (https://www.gpo.gov/fdsys/pkg/FR-2016-10-13/pdf/2016-24659.pdf)

**Publication Date:**
10/13/2016 (/documents/2016/10/13)

**Agencies:**
Drug Enforcement Administration (https://www.federalregister.gov/agencies/drug-enforcement-administration)

**Dates:**
The notice of intent that was published on August 31, 2016 (81 FR 59929 (/citation/81-FR-59929)) is withdrawn as of October 13, 2016. The comment period will be open until December 1, 2016. All comments for the public record must be submitted electronically or in writing in accordance with the procedures outlined below. Electronic comments must be submitted, and written comments must be postmarked, on or before December 1, 2016. Commenters should be aware that the electronic Federal Docket Management System will not accept comments after 11:59 p.m. Eastern Time on the last day of the comment period. Please note that if you previously submitted a comment via email or regular mail following the August 31, 2016 notice, that comment is being considered by DEA--it is not necessary to resubmit the same comment unless you wish to provide additional information, or you wish to have your comment posted for public view in accordance with the instructions provided below.

**Comments Close:**
12/01/2016

**Document Type:**
Proposed Rule

**Document Citation:**
81 FR 70652

**Page:**
70652-70654 (3 pages)

**CFR:**
21 CFR 1308

**Agency/Docket Number:**
Docket No. DEA-442W

**Document Number:**
2016-24659

---

**DOCUMENT DETAILS**

---

**ENHANCED CONTENT**

regulations.gov

**Docket Number:**
DEA-2016-0015 (https://www.regulations.gov/docket?D=DEA-2016-0015)

---

**ENHANCED CONTENT**

3/11/2017          Federal Register :: Withdrawal of Notice of Intent to Temporarily Place Mitragynine and 7-Hydroxymitragynine Into Schedule I

PUBLISHED DOCUMENT  Case 3:17-cv-00734-L-BN    Document 2    Filed 03/14/17    Page 17 of 79    PageID 19

## AGENCY:

Drug Enforcement Administration, Department of Justice.

## ACTION:

Withdrawal of Notice of Intent; Solicitation of Comments.

## SUMMARY:

On August 31, 2016, the Drug Enforcement Administration (DEA) published in the **Federal Register** a notice of intent to temporarily place mitragynine and 7-hydroxymitragynine, which are the main psychoactive constituents of the plant Mitragyna speciosa, also referred to as kratom, into schedule I pursuant to the temporary scheduling provisions of the Controlled Substances Act. Since publishing that notice, DEA has received numerous comments from members of the public challenging the scheduling action and requesting that the agency consider those comments and accompanying information before taking further action. In addition, DEA will receive from the Food and Drug Administration (FDA) a scientific and medical evaluation and scheduling recommendation for these substances, which DEA previously requested.

DEA is therefore taking the following actions: DEA is withdrawing the August 31, 2016 notice of intent; and soliciting comments from the public regarding the scheduling of mitragynine and 7-hydroxymitragynine under the Controlled Substances Act.

## DATES:

The notice of intent that was published on August 31, 2016 (81 FR 59929 (/citation/81-FR-59929)) is withdrawn as of October 13, 2016. The comment period will be open until December 1, 2016. All comments for the public record must be submitted electronically or in writing in accordance with the procedures outlined below. Electronic comments must be submitted, and written comments must be postmarked, on or before December 1, 2016. Commenters should be aware that the electronic Federal Docket Management System will not accept comments after 11:59 p.m. Eastern Time on the last day of the comment period. Please note that if you previously submitted a comment via email or regular mail following the August 31, 2016 notice, that comment is being considered by DEA—it is not necessary to resubmit the same comment *unless* you wish to provide additional information, or you wish to have your comment posted for public view in accordance with the instructions provided below.

## ADDRESSES:

To ensure proper handling of comments, please reference "Docket No. DEA-442W" on all correspondence, including any attachments.

- *Electronic comments:* The Drug Enforcement Administration encourages that all comments be submitted electronically through the Federal eRulemaking Portal, which provides the ability to type short comments directly into the comment field on the Web page or attach a file for lengthier comments. Please go to *http://www.regulations.gov (http://www.regulations.gov)* and follow the online instructions at that site for submitting comments. Upon completion of your submission, you will receive a Comment Tracking Number for your comment. Please be aware that submitted comments are not instantaneously available for public view on *Regulations.gov.* If you have

Start Printed Page 70653

received a Comment Tracking Number, your comment has been successfully submitted and there is no need to resubmit the same comment.

- ■ *Paper comments:* Paper comments that duplicate the electronic submission are not necessary and are discouraged. Should you wish to mail a paper comment *in lieu of* an electronic comment, it should be sent via regular or express mail to: Drug Enforcement Administration, Attn: DEA Federal Register Representative/ODW, 8701 Morrissette Drive, Springfield, Virginia 22152.

## FOR FURTHER INFORMATION CONTACT:

Michael J. Lewis, Diversion Control Division, Drug Enforcement Administration; Mailing Address: 8701 Morrissette Drive, Springfield, Virginia 22152; Telephone: (202) 598-6812.

## SUPPLEMENTARY INFORMATION:

### Posting of Public Comments

Please note that all comments received in response to this notice are considered part of the public record. If you previously submitted a comment via email or regular mail following the August 31, 2016 notice, that comment is being considered by DEA—it is not necessary to resubmit the same comment unless you wish to provide additional information, or you wish to have your comment posted for public view in accordance with the instructions provided below.

All comments received in response to this notice of opportunity to comment will, unless reasonable cause is given, be made available by DEA for public inspection online at *http://www.regulations.gov (http://www.regulations.gov)*. Such information includes personal identifying information (such as your name, address, etc.) voluntarily submitted by the commenter. The Freedom of Information Act (FOIA) applies to all comments received. If you want to submit personal identifying information (such as your name, address, etc.) as part of your comment, but do not want it to be made publicly available, you must include the phrase "PERSONAL IDENTIFYING INFORMATION" in the first paragraph of your comment. You must also place all of the personal identifying information you do not want made publicly available in the first paragraph of your comment and identify what information you want redacted.

If you want to submit confidential business information as part of your comment, but do not want it to be made publicly available, you must include the phrase "CONFIDENTIAL BUSINESS INFORMATION" in the first paragraph of your comment. You must also prominently identify the confidential business information to be redacted within the comment.

Comments containing personal identifying information and confidential business information identified as directed above will generally be made publicly available in redacted form. If a comment has so much personal identifying information or confidential business information that it cannot be effectively redacted, all or part of that comment may not be made publicly available. Comments posted to *http://www.regulations.gov (http://www.regulations.gov)* may include any personal identifying information (such as name, address, and phone number) or confidential business information included in the text of your electronic submission that is not identified as directed above as personal or confidential.

### Background

### Withdrawal of Notice of Intent

The Controlled Substances Act (CSA) contains a temporary scheduling provision, 21 U.S.C. 811 (https://api.fdsys.gov/link?collection=uscode&title=21&year=mostrecent&section=811&type=usc&link-type=html)(h), pursuant to which the DEA Administrator [1] may temporarily place a substance in schedule I where he finds that doing so is necessary to avoid an imminent hazard to the public safety. This provision of the CSA requires DEA to publish a notice in the **Federal Register** of its intent to issue a temporary scheduling order at least 30 days before issuing any such order. DEA published such a notice of intent on August 31, 2016, with respect to mitragynine and 7-hydroxymitragynine, which are the main psychoactive constituents of the plant commonly known as kratom. 81 FR 59929 (/citation/81-FR-59929).

In response to the notice of intent, DEA received numerous comments from the public on mitragynine and 7-hydroxymitragynine, including comments offering their opinions regarding the pharmacological effects of these substances. To allow consideration of these comments, as well as others received on or before December 1, 2016, DEA has decided to withdraw the August 31, 2016 notice of intent published at 81 FR 59929 (/citation/81-FR-59929). DEA has also requested that the FDA expedite its scientific and medical evaluation and scheduling recommendation for these substances, which DEA previously requested in accordance with 21 U.S.C. 811 (https://api.fdsys.gov/link?collection=uscode&title=21&year=mostrecent&section=811&type=usc&link-type=html)(b).[2]

Accordingly, the August 31, 2016, notice of intent to temporarily place mitragynine and 7-hydroxymitragynine in schedule I is withdrawn. Mitragynine and 7-hydroxymitragynine therefore remain— as has been the case—noncontrolled substances under federal law.[3]

## Consideration of Public Comments and FDA's Analysis

With respect to mitragynine and 7-hydroxymitragynine, DEA will consider all public comments received under the above procedures, as well as FDA's scientific and medical evaluation and scheduling recommendation for these substances. Once DEA has received and considered all of this information, DEA will decide whether to proceed with permanent scheduling of mitragynine and 7-hydroxymitragynine, or both permanent and temporary scheduling of these substances.

*Permanent Scheduling Process:* As the CSA provides, if DEA determines that the medical and scientific facts contained in the FDA scheduling evaluation, along with all other relevant data and information, constitute substantial evidence of potential for abuse to support permanent scheduling of mitragynine and 7-hydroxymitragynine, DEA will publish in the **Federal Register** a notice of proposed rulemaking, which will give interested members of the public an additional opportunity to submit comments and request a hearing. [4] As provided in 21 U.S.C. 811 (https://api.fdsys.gov/link?collection=uscode&title=21&year=mostrecent&section=811&type=usc&link-type=html)(a), permanent scheduling rules shall be made on the record after opportunity for a hearing pursuant to the rulemaking procedures prescribed by 5 U.S.C. 553 (https://api.fdsys.gov/link?collection=uscode&title=5&year=mostrecent&section=553&type=usc&link-type=html), 556, and 557.

*Temporary Scheduling Process:* The pendency of permanent scheduling proceedings for a substance does not preclude a simultaneous or subsequent order to temporarily control that substance. If DEA finds in light of FDA's scientific and medical evaluation and after consideration of all public ☐ comments and other relevant information that, based on the criteria of section 811(h), temporary placement of mitragynine and 7-hydroxymitragynine in schedule I is necessary to avoid an imminent hazard to the public safety, DEA will

☐ Start Printed
Page 70654

follow the statutory procedures for issuing such a temporary scheduling order. As indicated above, before issuing such a temporary scheduling order, DEA would be required to publish in the **Federal Register** a new notice of intent.

Dated: October 6, 2016.

Chuck Rosenberg,

Acting Administrator.

## Footnotes

*1. The Attorney General has delegated her functions under the CSA to the DEA Administrator.*
Back to Citation

*2. Section 811(b) provides that the scientific and medical evaluation and scheduling recommendation shall be conducted by the Secretary of Health and Human Services (HHS). This function has been delegated to the Assistant Secretary for Health. 58 FR 35460 (1993). Within HHS, the FDA has primary responsibility for conducting the evaluation and making the recommendation.*
Back to Citation

*3. Under some state and local laws, kratom and/or its constituents mitragynine and 7-hydroxymitragynine are currently listed as controlled substances or otherwise subject to control. Nothing in this publication alters the validity of such laws, or any pending state efforts to implement those laws or enact new laws controlling these substances.*
Back to Citation

*4. In permanent scheduling actions, when DEA reviews the FDA evaluation and scheduling recommendation, the FDA determinations as to scientific and medical matters are binding on DEA. 21 U.S.C. 811 (https://api.fdsys.gov/link? collection=uscode&title=21&year=mostrecent&section=811&type=usc&link-type=html)(b).*
Back to Citation

[FR Doc. 2016-24659 (/a/2016-24659) Filed 10-12-16; 8:45 am]

BILLING CODE 4410-09-P

**PUBLISHED DOCUMENT**

*Background Check before Corrections* (handwritten)

**GALLAGHER, RYAN ALEXANDER** - DOB 1/20/1992

*Loraine* (handwritten)
*972* (handwritten)
*424* (handwritten)
*4400* (handwritten)

ID # : GALLRYAN-0058313010

1516 LAKEWOOD DR
MCKINNEY, TX

---

**POSS MARIJ <2OZ** (Collin County, TX)

Disposition : **DEFERRED ADJUDICATION**
Degree Of Offense : **CLASS B MISDEMEANOR**
Arresting Agency : **MCKINNEY POLICE DEPARTMENT**
Offense Date : **4/20/2010**
Arrest Date : **8/13/2015**
Disposition Date : **8/27/2010**
File Date : **5/26/2010**

*154953296* (handwritten)

*Justice of Peace # 1* (handwritten)
*972-548-4128* (handwritten)

*COLLIN COUNTY, TX SPECIFIC INFORMATION*
    Case Number : **0058313010**
    Count : **1**
    Filing Agency : **MCKINNEY POLICE DEPARTMENT**
    Case Type : **ADULT MISDEMEANOR**

Disposition Details : **DEFERRED ADJUDICATION ENTERED**
Statute Code : **481.121(B)(1)**
Case Status : **DISPOSED**

---

**GALLAGHER, RYAN ALEXANDER** - DOB 1/20/1992

ID # : GALLRYAN-01EX1000083

1616 LAKEWOOD DR
MCKINNEY, TX

---

**TAMPER FABRICATE PHYSICAL EVID W/INTENT TO IMPAIR** (Collin County, TX)

Disposition : **POSTED BOND - DEFENDANT NO LONGER IN JAIL**
Degree Of Offense : **THIRD DEGREE FELONY**
Arresting Agency : **MCKINNEY POLICE DEPARTMENT**
Offense Date : **4/20/2010**
Arrest Date : **4/20/2010**
Disposition Date : **5/12/2010**
File Date : **4/28/2010**

*Deborah Harrison* (handwritten)

*COLLIN COUNTY, TX SPECIFIC INFORMATION*
    Case Number : **01-EX-10-00083**
    Statute Code : **37.09(D)(1)**
    Case Status : **CASE IS CLOSED**

Count : **1**
Filing Agency : **MCKINNEY POLICE DEPARTMENT**
Case Type : **EXAMINING TRIAL**

---

**ALEXANDER, RYAN (Name from SSN Trace)**
To **trace results**
**No criminal offenses found for this person.**
**Sources Searched**

**AL** Alabama Sex Offender Registry, Alabama Dept Of Corrections, Poarch Band of Creek Indians Sex Offender Registry **AK** Alaska Sex and Child Kidnapper Offender Registry, Alaska Admin Office of Courts **AZ** Arizona Sex Offender Registry, Arizona Dept of Corrections, Arizona Admin Office of Courts, Maricopa County - Justice Courts, Pima County - Superior Court, Maricopa County - Superior Court, Maricopa County - Gilbert Municipal Court, Pima County - Justice Courts (Delayed), Colorado River Indian Tribe Sex Offender Registry, Ak-Chin Indian Community Sex Offender Registry, Fort McDowell Yavapai Nation Sex Offender Registry, Gila River Indian Community Sex Offender Registry, Pascua Yaqui Indian Tribe Sex Offender Registry, Salt River Pima-Maricopa Indian Community Sex Offender Registry, Tohono O'odham Nation Sex Offender Registry, White Mountain Apache Tribe Sex Offender Registry, Tonto Apache Tribe Sex Offender Registry, Yavapai Apache Nation Sex Offender Registry, Navajo Nation Sex Offender Registry, San Carlos Apache Tribe Sex Offender Registry, Cocopah Indian Tribe Sex Offender Registry, Fort Mojave Indian Tribe Sex Offender Registry, Hualapai Tribe Sex Offender Registry, Hopi Tribe Sex Offender Registry, Havasupai Tribe Sex Offender Registry, Kaibab Paiute Tribe Sex Offender Registry **AR** Arkansas Sex Offender Registry, Arkansas Dept of Corrections, Arkansas Admin Office of Courts, Arkansas Admin Office of Courts - Supplemental, Hempstead County - Hope District Court **CA** California Sex Offender Registry, California Department of Corrections, California Department of Corrections and Rehabilitation, Orange County - Superior Court, Riverside County - Superior Court (Delayed), Sacramento County - Superior Court, Santa Barbara County, Santa Clara County, San Bernardino County - Superior Court, Nevada County Court, Fresno County - Superior Court, Contra Costa County, San Diego County - Superior Court, Stanislaus County, Butte County - Superior Court, Shasta County - Superior Court, Kern County - Superior Court, Siskiyou County - Superior Court, Marin County - Superior Court, San Mateo County -

 **backgroundchecks.com**®   *After Corrections*

# Report # 159453296

**Prepared for AMERICA'S INFOMART, INC.**
You certified that you were ordering this report as an end-user for the evaluation of the subject of the report for employment, promotion, reassignment or retention as an employee (which could include contractors, agents, and volunteers).

Reset FCRA Decision
Gallagher, Ryam Alexander
SSN: X X X–X X–4367
DOB: 1/20/X X X X

Work Place State: TX

*1010 Lakewood Dr*
*McKinney, Texas 75070-5216*
Notifications:

> **Intent after initial review of instant searches noted:** 11/9/2016 11:54:53 AM by Tammy Ephgrave ; It was indicated that employme
> for this individual WILL or MAY POSSIBLY be negatively affected based on the instant searches run on this subject.
> ○ **View Letter** : Sent 11/9/2016 12:45:55 PM : **Correct mailing address**

## Results Summary

**Report Status** Fulfillment Complete                              **Ordered** 11/9/2016 11:32 AM EST

| Product | Subject | Details | Status |
|---|---|---|---|
| **US AliasSEARCH** | Gallagher, Ryam Alexander | | Completed 11/9/2016 11:31 AM EST |

**SSN Validation & Death Master Index Check for X X X–X X–4367**
This search validates the Social Security Number and state of issuance. It does not validate that a particular person or criminal record is associated with the SSN.

> This is a Valid Social Security Number.
> The associated individual is **not deceased**.
> Issued in **Texas before 1994**

## US ALIASSEARCH - #283224729

You must not use names or addresses provided in this report to make an adverse decision about the subject of this report, but may use them to decide (1) whether to request proof of identity from the subject of this report, (2) whether (and under what names and addresses) to search for additional information, and (3) whether we fulfilled our responsibilities for this report.
**You searched for:**
> **GALLAGHER, RYAM ALEXANDER**
> **SSN:** X X X–X X–4367
> **DOB:** 1/20/X X X X

Data is collected from state repositories, counties and correctional institutions. This information is considered public record. All criminal history information reflected should not be considered as 100% complete of an accurate history of any individual.

**SSN Validation & Death Master Index Check for X X X–X X–4367**
This search validates the Social Security Number and state of issuance. It does not validate that a particular person or criminal record is associated with the SSN.

> This is a Valid Social Security Number.
> The associated individual is **not deceased**.
> Issued in **Texas before 1994**

**GALLAGHER, RYAM ALEXANDER (Primary Subject)**
**No criminal offenses found for this person.**

**GALLAGHER, RYAN ALEXANDER (Name from SSN Trace)**
**To trace results**

## GALLAGHER, RYAN ALEXANDER - DOB 1/20/1992                ID #: GALLRYAN-00583130

*1010 LAKEWOOD DR*
*MCKINNEY, TX*

### POSS MARIJUANA <2OZ (Collin County, TX)

Disposition : **DISMISSED**
Degree Of Offense : **CLASS B MISDEMEANOR**

TRANSCRIPT AND BILL OF COST

# CASE SUMMARY
## CASE NO. 01-EX-10-00083

**The State of Texas vs. Ryan Gallagher**

§
§
§
§

Location: **Precinct 1**
Judicial Officer: **Raleeh, Paul M.**
Filed on: **04/28/2010**

---

### CASE INFORMATION

**Offense**
1. TAMPER FABRICATE PHYSICAL EVID
W/INTENT TO IMPAIR
ACN: TRN #9161725234 A001
Arrest:     04/20/2010

**Deg**
F3

**Date**
04/20/2010

Case Type: **Examining Trial**

Case
Status:    **05/12/2010   Case is Closed**

MPD - McKinney Police Department

**Statistical Closures**
05/12/2010     Examining Trial Not Enough Probable Cause

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number        01-EX-10-00083 |
| | Court              Precinct 1 |
| | Date Assigned      04/29/2010 |
| | Judicial Officer   Raleeh, Paul M. |

---

### PARTY INFORMATION

*Lead Attorneys*

**State**

**The State of Texas**
*District Attorney's Office*
*2100 Bloomdale, Suite 2004*
*McKinney, TX 75071*

**Defendant**

**Gallagher, Ryan Alexander**
*1010 Lakewood DR*
*Mckinney, TX 75070*
*DOB: 01/20/1992  Age: 18*
*DL: TX 27429171*

**Chatman, Charles E.**
*Retained*
972-562-3515(W)

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 04/28/2010 | Case Filed (OCA) | |
| 04/29/2010 | Examining Trial Set<br>*hring set for 5/21/10 @ 1pm* | |
| 05/21/2010 | **Examining Trial (OCA)** (Judicial Officer: Raleeh, Paul M.) | |
| 04/29/2010 | Mailed Appearance Notice | |
| 05/12/2010 | Note<br>*def posted bond on 4/30 removing from docket* | |
| 05/12/2010 | **Judgment** (Judicial Officer: Raleeh, Paul M.)<br>1. TAMPER FABRICATE PHYSICAL EVID W/INTENT TO IMPAIR<br>Posted Bond - Defendant No Longer in Jail | |
| 05/12/2010 | Note | |

*Printed on: 11/22/2016 at 10:58 AM*

TRANSCRIPT AND BILL OF COST

# CASE SUMMARY
### CASE NO. 01-EX-10-00083

*mled ltr to def atty's advising case has been removed from docket.*

| | |
|---|---|
| 05/12/2010 | No File Paperwork Shredded |
| 05/21/2010 | **Examining Trial (OCA)** (Judicial Officer: Raleeh, Paul M.) |
| 04/29/2010 | Examining Trial Set |
| | *hring set for 5/21/10 @ 1pm* |

---

FINANCIAL INFORMATION

No Financial Information Exists

Practicing a Religion in Secret with a looming threat of arrest proves Sincerity

Church of the Holy Light of the Queen V Mukasey, 615 F. Supp. 2d 1210 (D. Or. 2009)

No different than Bible studies held secretly in North Korea

12/19/2016                        cijspub.co.collin.tx.us/CaseDetail.aspx?CaseID=730298

Skip to Main Content Logout My Account Search Menu New Criminal Search Refine Search Back          Location : Criminal Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 0058313010

| | | |
|---|---|---|
| State of Texas v. Gallagher Ryan Alexander | § § § § § § | Case Type: **Adult Misdemeanor** <br> Date Filed: **05/26/2010** <br> Location: **County Court at Law 4** |

---

### PARTY INFORMATION

| | | |
|---|---|---|
| **Defendant** | Gallagher, Ryan Alexander | **Lead Attorneys** <br> **Joshua Andor** <br> *Court Appointed* <br> 469-296-8090(W) |
| **State** | **State Of Texas** | **Collin County District Attorney** <br> 972-548-4323(W) |

---

### CHARGE INFORMATION

| Charges: Gallagher, Ryan Alexander | Statute | Level | Date |
|---|---|---|---|
| 1. POSS MARIJ <2OZ | 481.121(b)(1) | Class B Misdemeanor | 04/20/2010 |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

| 08/27/2010 | **Disposition** (Judicial Officer: Rippel, David) <br> 1. POSS MARIJ <2OZ <br> *Deferred Adjudication* |
|---|---|

**OTHER EVENTS AND HEARINGS**

| 04/21/2010 | **Docket Sheet** |
|---|---|
| 04/23/2010 | **TFDA - Order for Crt Appointed Attorney by TFDA** |
| 05/04/2010 | **Bond Information - $10.00** |
| 05/26/2010 | **Case Filed By Information (OCA)** |
| 05/26/2010 | **Co-Defendant** <br> *CO-DEFENDANTS-KYLE D WELTNER* |
| 06/07/2010 | **Transferred Out** |
| 06/07/2010 | **Case Transferred To** <br> *Case Transferred to-004* |
| 06/07/2010 | **Comment** <br> *IN EXCHANGE FOR* |
| 06/07/2010 | **Comment** <br> *004-80276-09* |
| 06/07/2010 | **Notice to Appear Issued - $5.00** |
| 07/07/2010 | **First Appearance** (8:30 AM) (Judicial Officer Rippel, David) |
| 07/08/2010 | **Passed** |
| 08/04/2010 | **Passed** |
| 08/04/2010 | **Announcement** (8:30 AM) (Judicial Officer Rippel, David) |
| 08/24/2010 | **Motion to Withdraw** (9:00 AM) (Judicial Officer Rippel, David) <br> *as atty. of record* |
| 08/27/2010 | **TFDA - Attorney Unappointed by TFDA** <br> *Attorney Unappointed TFDA-DRUGS 0000000* |
| 08/27/2010 | **TFDA - Order for Crt Appointed Attorney by TFDA** |
| 08/27/2010 | **Deferred Adjudications - Placed on Deferred Adjudication** |
| 08/27/2010 | **Disposition Provisions** <br> *Attend Drug Offenders Program* |
| 08/27/2010 | **Disposition Provisions** <br> *Substance Abuse Evaluation* |
| 08/27/2010 | **Waiver of Rights** |
| 08/27/2010 | **Disposition Provisions** <br> *Sentence Recommendation* |
| 08/27/2010 | **Time Served Credit** <br> *Time Served Credit $ Amount-Time Served Credit $ Amount 550.00* |
| 08/27/2010 | **Disposition Provisions** <br> *Placed on Probation 12 MONTHS* |
| 08/27/2010 | **Time Served Credit Days** <br> *Time Served Credit-Time Served Credit 11 DAYS* |
| 08/27/2010 | **Disposition Provisions** <br> *Sentenced to Fine 400.00* |
| 08/27/2010 | **Disposition Provisions** <br> *Sentenced to Court Costs 659.00* |
| 08/27/2010 | **Disposition Provisions** <br> *Random Urinalysis* |

| | |
|---|---|
| 08/27/2010 | **Disposition Provisions** |
| | *Sentenced to Community Service 30 HOURS* |
| 08/27/2010 | **CCU Payment Agreement** |
| | *004* |
| 08/27/2010 | **TRN Sheet** |
| 06/07/2011 | **Motion to Adjudicate - Reopen (OCA)** |
| 06/08/2011 | **Warrant Issued - $50.00** |
| 08/13/2015 | **TFDA - Order for Crt Appointed Attorney by TFDA** |
| | *Joshua Andor* |
| 08/17/2015 | **Warrant Received Executed** |
| 08/28/2015 | **Inmate Correspondence** |
| | *Requesting an Abstract Of Judgment* |
| 09/09/2015 | **Inmate Correspondence** |
| 09/14/2015 | **Inmate Correspondence** |
| 09/16/2015 | **Motion to Dismiss** |
| 09/17/2015 | *CANCELED*  **Plea - Inmate**  (8:29 AM) (Judicial Officer Rippel, David) |
| | *Rescheduled* |
| 09/17/2015 | *CANCELED*  **Plea of Not True**  (1:30 PM) (Judicial Officer Rippel, David) |
| | *Order to Dismiss* |
| 09/18/2015 | **State's** |
| | *Motion To Withdraw State's Petition To Enter A Final Adjudication Of Defendant's Guilt Orignial Given To Ryan King* |
| 09/18/2015 | **Judge's Docket Entry** |
| | *State's Motion to Withdraw State's Petition to Enter a Final Adjudication of Defendant's Guilt Granted; Signed by Judge Dan Wilson* |
| 09/18/2015 | **Order Withdraw Motion to Enter Final Adjudication (OCA)Close** |
| 11/12/2015 | **Order Discharging Defendant and Dismissing Proceedings** |
| 12/21/2015 | **Returned Mail Undeliverable** |

---

**FINANCIAL INFORMATION**

---

| | | | | |
|---|---|---|---|---|
| | **Defendant** Gallagher, Ryan Alexander | | | |
| | Total Financial Assessment | | | 1,059.00 |
| | Total Payments and Credits | | | 1,059.00 |
| | **Balance Due as of 12/19/2016** | | | **0.00** |
| 05/26/2010 | Transaction Assessment | | | 1,059.00 |
| 08/27/2010 | Credit Issued | | | (151.24) |
| 11/04/2010 | Payment | Receipt # CRP26489 | Consolidated Reciept | (200.00) |
| 12/06/2010 | Payment | Receipt # CC-CR-00092-2010 | Tracy W. | (309.00) |

Austin Texas Narcotics Investigation, including various Religious properties seized, Opened on Plaintiff and closed after 6 months. Is being sent by mail and will be added once it is received. Will include Forensic Report.

Report #
16371742

Case no 2016- 0371742

dan hill chemical testing

Mail                             Move to Inbox

COMPOSE

## Chemical Testing   Inbox   x

Inbox (12,235)

Starred

**Hill, Daniel** <Daniel.Hill@austintexas.gov>

to me

Sent Mail

**Drafts (96)**

I have not yet heard back from the lab regarding the status of the testing. A
an email.

More labels

# Sergeant Dan Hill #3573

 Ryan      +

Austin Police – Narcotics Conspiracy Unit
daniel.hill@austintexas.gov
P.O. Box 689001
Austin, TX 78768-9001
O – 512.974.5533
M – 512.809.5300
F – 512.974.5970

Make a call

**Ryan Gallagher** <ryan.gallagher@nebulogic.com>

Also try our mobile apps for
Android and iOS

to Daniel

Ok. I submitted the lawsuit. What did you mean when you said "Regardless of if its yo
that meant they were done testing and I was just waiting on it to be released.



**Ryan Gallagher** <ryan.gallagher@nebulogic.com>

dan hill chemical testing

Mail                                                                      Move to Inbox                    N

COMPOSE

**Inbox (12,235)**

Starred

Sent Mail

**Drafts (96)**

More labels

  Ryan                          +

Make a call

Also try our mobile apps for
Android and iOS

---

to Daniel

Thank you though, let me know when my Religious materials are released if you can.

---

**Ryan Gallagher** <ryan.gallagher@nebulogic.com>
to Daniel

And if they feel the need to issue a warrant just let me know and I'll go in so we can g

---

**Hill, Daniel** <Daniel.Hill@austintexas.gov>
to me

You shouldn't have any problem getting the items back from our East Substation.
with me or Detective D. Williams if they have any questions.

The address is 812 Springdale Road. Austin, TX

There should be someone at the information counter during normal business hou

The case number associated with the seized items is 2016-0371742.

Sgt. Hill.

**From:** Ryan Gallagher [mailto:ryan.gallagher@nebulogic.com]



# U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION

# DIVERSION CONTROL DIVISION

Search






HOME      REGISTRATION      REPORTING      RESOURCES      ABOUT US

RESOURCES > Federal Register Notices > Manufacturers Notice of Registration - 2016 > Stepan Company

## Manufacturers Notice of Registration - 2016

[Federal Register Volume 81, Number 72 (Thursday, April 14, 2016)]
[Notices]
[Pages 22121-22122]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-08576]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Manufacturer of Controlled Substances Registration: Stepan Company**

**ACTION:** Notice of registration.

**SUMMARY:** Stepan Company applied to be registered as a manufacturer of

[[Page 22122]]

certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants Stepan Company registration as a manufacturer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated April 14, 2015, and published in the Federal Register on April 22, 2015, 80 FR 22555, Stepan Company, Natural Products Department, 100 W. Hunter Avenue, Maywood, New Jersey 07607 applied to be registered as a manufacturer of certain basic classes of controlled substances. No comments or objections were submitted for this notice.

The DEA has considered the factors in **21 U.S.C. 823**(a) and determined that the registration of Stepan Company to manufacture the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to 21 **U.S.C. 823**(a), and in accordance with **21 CFR 1301.33**, the above-named company is granted registration as a bulk manufacturer of the following basic classes of controlled substances:

| Controlled Substance | Schedule |
|---|---|
| Cocaine (9041) | II |
| Ecgonine (9180) | II |

The company plans to manufacture the listed controlled substances in bulk for distribution to its customers.

Dated: April 4, 2016

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-08576 Filed 4-13-16; 8:45 am]

BILLING CODE 4410-09-P

***NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).***







RESOURCES > Federal Register Notices > Manufacturers Notice of Registration - 2015 > Mallinckrodt, LLC

## Manufacturers Notice of Registration - 2015

[Federal Register Volume 80, Number 137 (Friday, July 17, 2015)]
[Notices]
[Page 42545]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2015-17523]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Manufacturer of Controlled Substances Registration: Mallinckrodt, LLC**

**ACTION:** Notice of registration.

**SUMMARY:** Mallinckrodt, LLC applied to be registered as a manufacturer of certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants Mallinckrodt, LLC registration as a manufacturer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated January 21, 2015, and published in the Federal Register on January 28, 2015, 80 FR 4592, Mallinckrodt LLC, 3600 North Second Street, St. Louis, Missouri 63147 applied to be registered as a manufacturer of certain basic classes of controlled substances. No comments or objections were submitted to this notice.

The DEA has considered the factors in **21 U.S.C. 823**(a) and determined that the registration of Mallinckrodt, LLC to manufacture the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C. 823**(a), and in accordance with **21 CFR 1301.33**, the above-named company is granted registration as a bulk manufacturer of the following basic classes of controlled substances:

| Controlled Substance | Schedule |
|---|---|
| Gamma Hydroxybutyric Acid (2010) | I |
| Lisdexamfetamine (1205) | II |
| Oripavine (9330) | II |
| Tapentadol (9780) | II |

The company plans to manufacturer bulk active pharmaceutical ingredients (API) for distribution and product development to its customers.

Dated: July 10, 2015.

**Joseph T. Rannazzisi,**
*Deputy Assistant Administrator.*

[FR Doc. 2015-17523 Filed 7-16-15; 8:45 am]

BILLING CODE 4410-09-P

*NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).*









# DIVERSION CONTROL DIVISION
U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION

| Search |

HOME    REGISTRATION    REPORTING    RESOURCES    ABOUT US



RESOURCES > Federal Register Notices > Manufacturers Notice of Registration - 2016 > Mallinckrodt, LLC

## Manufacturers Notice of Registration - 2016

[Federal Register Volume 81, Number 32 (Thursday, February 18, 2016)]
[Notices]
[Page 8245]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-03357]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Manufacturer of Controlled Substances Registration: Mallinckrodt, LLC**

**ACTION:** Notice of registration.

**SUMMARY:** Mallinckrodt, LLC applied to be registered as a manufacturer of certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants Mallinckrodt, LLC registration as a manufacturer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated September 16, 2015, and published in the Federal Register on September 23, 2015, 80 FR 57388, Mallinckrodt, LLC, 3600 North Second Street, Saint Louis, Missouri 63147 applied to be registered as a manufacturer of certain basic classes of controlled substances. No comments or objections were submitted for this notice.

The DEA has considered the factors in **21 U.S.C. 823**(a) and determined that the registration of Mallinckrodt, LLC to manufacture the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C. 823**(a), and in accordance with **21 CFR 1301.33**, the above-named company is granted registration as a bulk manufacturer of the following basic classes of controlled substances:

| Controlled Substance | Schedule |
|---|---|
| Gamma Hydroxybutyric Acid (2010) | I |
| Tetrahydrocannabinols (7370) | I |
| Codeine-N-oxide (9053) | I |
| Dihydromorphine (9145) | I |
| Difenoxin (9168) | I |
| Morphine-N-oxide (9307) | I |
| Normorphine (9313) | I |
| Norlevorphanol (9634) | I |
| Acetyl Fentanyl (N-(1-phenethylpiperidin-4-yl)-N-phenylacetamide) (9821) | I |
| Amphetamine (1100) | II |
| Methamphetamine (1105) | II |
| Lisdexamfetamine (1205) | II |
| Methylphenidate (1724) | II |
| Nabilone (7379) | II |
| 4-Anilino-N-phenethyl-4-piperidine (ANPP) (8333) | II |
| Codeine (9050) | II |
| Dihydrocodeine (9120) | II |
| Oxycodone (9143) | II |
| Hydromorphone (9150) | II |
| Diphenoxylate (9170) | II |
| Ecgonine (9180) | II |
| Hydrocodone (9193) | II |
| Levorphanol (9220) | II |
| Meperidine (9230) | II |
| Methadone (9250) | II |
| Methadone intermediate (9254) | II |
| Dextropropoxyphene, bulk (non-dosage forms) (9273) | II |
| Morphine (9300) | II |
| Oripavine (9330) | II |
| Thebaine (9333) | II |

| Opium (manufacture) (9600) | | II |
|---|---|---|
| Opium, powdered (9639) | | II |
| Oxymorphone (9652) | | II |
| Noroxymorphone (9668) | | II |
| Alfentanil (9737) | | II |
| Remifentanil (9739) | | II |
| Sufentanil (9740) | | II |
| Tapentadol (9780) | | II |
| Fentanyl (9801) | | II |

The company plans to manufacturer bulk active pharmaceutical ingredients (API) for distribution to its customers.

Dated: February 10, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-03357 Filed 2-17-16; 8:45 am]

BILLING CODE 4410-09-P

**NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the *Government Printing Office* (GPO).**





HOME    CONTACT US    A-Z SUBJECT INDEX    PRIVACY NOTICE    WEBSITE ASSISTANCE

**REGISTRATION**
Applications
Tools
Resources
DEA Required Training & Self-Certification
Quota Applications

**ABOUT US**
Program Description
Customer Service Plan
DEA Forms & Applications
Mailing Addresses
Meetings & Events
What's New

**REPORTING**
ARCOS
SOM Online
Chemical Import/Export Declarations
CSOS (Controlled Substances Ordering System)
Drug Theft/Loss
Import/Export
Registrant Record of Controlled Substances Destroyed
Quotas
Reports Required by 21 CFR
Submit a Tip to DEA
Year-End Reports

**RESOURCES**
Cases Against Doctors
Chemical Control Program
CMEA (Combat Meth Epidemic Act)
Controlled Substance Schedules
DATA Waived Physicians
Drug Disposal Information
Drug and Chemical Information
E-commerce Initiatives
Federal Agencies & Related Links
Federal Register Notices

National Take-Back Initiative
NFLIS
Publications & Manuals
Questions & Answers
Significant Guidance Documents
Synthetic Drugs
Title 21 Code of Federal Regulations
Title 21 USC Codified CSA



U.S. DEPARTMENT OF JUSTICE • DRUG ENFORCEMENT ADMINISTRATION
Diversion Control Division • 8701 Morrissette Drive • Springfield, VA 22152 • 1-800-882-9539

DEA.GOV | JUSTICE.GOV | USA.GOV | REGULATIONS.GOV

DOJ Legal Policies and Disclaimers | DOJ Privacy Policy | Section 508 Accessibility





U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION

# DIVERSION CONTROL DIVISION

Search

HOME    REGISTRATION    REPORTING    RESOURCES    ABOUT US

RESOURCES > Federal Register Notices > Importers Notice of Application - 2016 > Stepan Company

## Importers Notice of Application - 2016

[Federal Register Volume 81, Number 67 (Thursday, April 7, 2016)]
[Notices]
[Pages 20417-20418]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-07944]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Importer of Controlled Substances Application: Stepan Company**

**ACTION:** Notice of application.

**DATES:** Registered bulk manufacturers of the affected basic class, and applicants therefore, may file written comments on or objections to the issuance of the proposed registration in accordance with **21 CFR 1301.34**(a) on or before May 9, 2016. Such persons may also file a written request for a hearing on the application pursuant to **21 CFR 1301.43** on or before May 9, 2016.

**ADDRESSES:** Written comments should be sent to: Drug Enforcement Administration, Attention: DEA Federal Registe Representative/ODW, 8701 Morrissette Drive, Springfield, Virginia 22152. All request for hearing must be sent to: Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. All request for hearing should also be sent to: (1) Drug Enforcement Administration, Attn: Hearing Clerk/LJ, 8701 Morrissette Drive, Springfield, Virginia 22152; and (2) Drug Enforcement Administration, Attn: DEA Federal Register Representative/ODW, 8701 Morrissette Drive, Springfield, Virginia 22152. Comments and requests for hearing on applications to import narcotic raw material are not appropriate. 72 FR 3417, (January 25, 2007).

[[Page 20418]]

**SUPPLEMENTARY INFORMATION:** The Attorney General has delegated her authority under the Controlled Substances Act to the Administrator of the Drug Enforcement Administration (DEA), 28 CFR 0.100(b). Authority to exercise all necessary functions with respect to the promulgation and implementation of **21 CFR part 1301**, incident to the registration of manufacturers, distributors, dispensers, importers, and exporters of controlled substances (other than final orders in connection with suspension, denial, or revocation of registration) has been redelegated to the Deputy Assistant Administrator of the DEA Office of Diversion Control ("Deputy Assistant Administrator") pursuant to section 7 of 28 CFR part 0, appendix to subpart R.

In accordance with **21 CFR 1301.34**(a), this is notice that on February 12, 2016, Stepan Company, Natural Products Dept., 100 W. Hunter Avenue, Maywood, New Jersey 07607 applied to be registered as an importer of coca leaves (9040), a basic class of controlled substance listed in schedule II.

The company plans to import the listed controlled substance in bulk for the manufacture of controlled substance for distribution to its customers.

Dated: March 28, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-07944 Filed 4-6-16; 8:45 am]

BILLING CODE 4410-09-P

*NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).*











RESOURCES > Federal Register Notices > Manufacturers Notice of Registration - 2016 > Stepan Company

## Manufacturers Notice of Registration - 2016

[Federal Register Volume 81, Number 72 (Thursday, April 14, 2016)]
[Notices]
[Pages 22121-22122]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-08576]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Manufacturer of Controlled Substances Registration: Stepan Company**

**ACTION:** Notice of registration.

**SUMMARY:** Stepan Company applied to be registered as a manufacturer of

[[Page 22122]]

certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants Stepan Company registration as a manufacturer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated April 14, 2015, and published in the Federal Register on April 22, 2015, 80 FR 22555, Stepan Company, Natural Products Department, 100 W. Hunter Avenue, Maywood, New Jersey 07607 applied to be registered as a manufacturer of certain basic classes of controlled substances. No comments or objections were submitted for this notice.

The DEA has considered the factors in **21 U.S.C. 823**(a) and determined that the registration of Stepan Company to manufacture the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C. 823**(a), and in accordance with **21 CFR 1301.33**, the above-named company is granted registration as a bulk manufacturer of the following basic classes of controlled substances:

| Controlled Substance | Schedule |
| --- | --- |
| Cocaine (9041) | II |
| Ecgonine (9180) | II |

The company plans to manufacture the listed controlled substances in bulk for distribution to its customers.

Dated: April 4, 2016

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-08576 Filed 4-13-16; 8:45 am]

BILLING CODE 4410-09-P

***NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).***







HOME     CONTACT US     A-Z SUBJECT INDEX     PRIVACY NOTICE     WEBSITE ASSISTANCE



HOME    REGISTRATION    REPORTING    RESOURCES    ABOUT US

RESOURCES > Federal Register Notices > Importers Notice of Application - 2016 > Mallinckrodt LLC

## Importers Notice of Application - 2016

[Federal Register Volume 81, Number 56 (Wednesday, March 23, 2016)]
[Notices]
[Pages 15566-15567]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-06543]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Importer of Controlled Substances Application: Mallinckrodt LLC**

**ACTION:** Notice of application.

**DATES:** Registered bulk manufacturers of the affected basic classes, and applicants therefore, may file written comments on or objections to the issuance of the proposed registration in accordance with **21 CFR 1301.34**(a) on or before April 22, 2016. Such persons may also file a written request for a hearing on the application pursuant to **21 CFR 1301.43** on or before April 22, 2016.

**ADDRESSES:** Written comments should be sent to: Drug Enforcement Administration, Attention: DEA Federal Register Representative/ODW, 8701 Morrissette Drive, Springfield, Virginia 22152. All request for hearing must be sent to: Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. All request for hearing should also be sent to: (1) Drug

[[Page 15567]]

Enforcement Administration, Attn: Hearing Clerk/LJ, 8701 Morrissette Drive, Springfield, Virginia 22152; and (2) Drug Enforcement Administration, Attn: DEA Federal Register Representative/ODW, 8701 Morrissette Drive, Springfield, Virginia 22152. Comments and requests for hearing on applications to import narcotic raw material are not appropriate. 72 FR 3417 (January 25, 2007).

**SUPPLEMENTARY INFORMATION:** The Attorney General has delegated her authority under the Controlled Substances Act to the Administrator of the Drug Enforcement Administration (DEA), 28 CFR 0.100(b). Authority to exercise all necessary functions with respect to the promulgation and implementation of **21 CFR** part 1301, incident to the registration of manufacturers, distributors, dispensers, importers, and exporters of controlled substances (other than final orders in connection with suspension, denial, or revocation of registration) has been redelegated to the Deputy Assistant Administrator of the DEA Office of Diversion Control ("Deputy Assistant Administrator") pursuant to section 7 of 28 CFR part 0, appendix to subpart R.

In accordance with **21 CFR 1301.34**(a), this is notice that on December 22, 2015, Mallinckrodt LLC, 3600 North Second Street, Saint Louis, Missouri 63147 applied to be registered as an importer of the following basic classes of controlled substances:

| Controlled Substance | Schedule |
|---|---|
| Phenylacetone (8501) | II |
| Coca Leaves (9040) | II |
| Opium, raw (9600) | II |
| Poppy Straw Concentrate (9670) | II |

The company plans to import the listed controlled substances to bulk manufacture into Active Pharmaceutical Ingredients for distribution to its customers.

Dated: March 14, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-06543 Filed 3-22-16; 8:45 am]

BILLING CODE 4410-09-P

**NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).**



# U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION

# DIVISION CONTROL DIVISION



| HOME | REGISTRATION | REPORTING | RESOURCES | ABOUT US |

RESOURCES > Federal Register Notices > Importers Notice of Registration - 2015 > Mallinckrodt, LLC

## Importers Notice of Registration - 2015

[Federal Register Volume 80, Number 98 (Thursday, May 21, 2015)]
[Notices]
[Page 29338]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2015-12325]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Importer of Controlled Substances Registration: Mallinckrodt, LLC**

**ACTION:** Notice of registration.

**SUMMARY:** Mallinckrodt, LLC applied to be registered as an importer of certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants Mallinckrodt, LLC registration as an importer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated February 5, 2015, and published in the Federal Register on February 11, 2015, 80 FR 7634, Mallinckrodt, LLC, 3600 North Second Street, St. Louis, Missouri 63147 applied to be registered as an importer of certain basic classes of controlled substances. No comments or objections were submitted for this notice. Comments and requests for hearings on applications to import narcotic raw material are not appropriate. 72 FR 3417 (January 25, 2007).

The DEA has considered the factors in **21 U.S.C. 823, 952**(a) and **958**(a) and determined that the registration of Mallinckrodt, LLC to import the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C. 952**(a) and **958**(a), and in accordance with **21 CFR 1301.34**, the above-named company is granted registration as an importer of the basic classes controlled substances:

| Controlled Substance | Schedule |
|---|---|
| Phenylacetone (8501) | II |
| Coca Leaves (9040) | II |
| Opium, raw (9600) | II |
| Poppy Straw Concentrate (9670) | II |

The company plans to import the listed controlled substances for the manufacture of controlled substances in bulk for distribution to its customers.

In reference to Phenylacetone (8501), the company plans to import the controlled substance for the bulk manufacture of amphetamine products for sale to its customers.

Dated: May 15, 2015.

**Joseph T. Rannazzisi,**
*Deputy Assistant Administrator.*

[FR Doc. 2015-12325 Filed 5-20-15; 8:45 am]

BILLING CODE

***NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).***













**U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION**

# DIVERSION CONTROL DIVISION

Search

HOME        REGISTRATION        REPORTING        RESOURCES        ABOUT US

RESOURCES > Federal Register Notices > Importers Notice of Application - 2016 > Catalent CTS, LLC

## Importers Notice of Application - 2016

[Federal Register Volume 81, Number 186 (Monday, September 26, 2016)]
[Notices]
[Pages 66081-66082]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-23017]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Importer of Controlled Substances Application: Catalent CTS, LLC**

**ACTION:** Notice of application.

**DATES:** Registered bulk manufacturers of the affected basic classes, and applicants therefore, may file written comments on or objections to the issuance of the proposed registration in accordance with **21 CFR 1301.34**(a) on or before October 26, 2016. Such persons may also file a written request for a hearing on the application

[[Page 66082]]

pursuant to **21 CFR 1301.43** on or before October 26, 2016.

**ADDRESSES:** Written comments should be sent to: Drug Enforcement Administration, Attention: DEA Federal Register Representative/ODW, 8701 Morrissette Drive, Springfield, Virginia 22152. All requests for hearing must be sent to: Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. All requests for hearing should also be sent to: (1) Drug Enforcement Administration, Attn: Hearing Clerk/LJ, 8701 Morrissette Drive, Springfield, Virginia 22152; and (2) Drug Enforcement Administration, Attn: DEA Federal Register Representative/ODW, 8701 Morrissette Drive, Springfield, Virginia 22152.

**SUPPLEMENTARY INFORMATION:** The Attorney General has delegated her authority under the Controlled Substances Act to the Administrator of the Drug Enforcement Administration (DEA), 28 CFR 0.100(b). Authority to exercise all necessary functions with respect to the promulgation and implementation of **21 CFR part 1301**, incident to the registration of manufacturers, distributors, dispensers, importers, and exporters of controlled substances (other than final orders in connection with suspension, denial, or revocation of registration) has been redelegated to the Deputy Assistant Administrator of the DEA Office of Diversion Control ("Deputy Assistant Administrator") pursuant to section 7 of 28 CFR part 0, appendix to subpart R.

In accordance with **21 CFR 1301.34**(a), this is notice that on May 6, 2016, Catalent CTS., LLC., 10245 Hickman Mills Drive, Kansas City, Missouri 64137 applied to be registered as an importer of the following basic classes of controlled substances:

| Controlled Substance | Drug Code | Schedule |
|---|---|---|
| Gamma Hydroxybutyric Acid | 2010 | 1 |
| Marihuana | 7360 | 1 |

The company plans to import finished dosage unit products containing gamma-hydroxybutyric acid and cannabis extracts for clinical trial studies.

These cannabis extracts compounds are listed under drug code 7360. No other activity under the Controlled Substances Act is authorized for this registration. Approval of permit applications will occur only when the registrant's business activity is consistent with what is authorized under to **21 U.S.C. 952**(a)(2). Authorization will not extend to the import of FDA approved or non-approved finished dosage forms for commercial sale.

Dated: September 19, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-23017 Filed 9-23-16; 8:45 am]

BILLING CODE 4410-09-P

*NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).*



U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION

# OFFICE OF DIVERSION CONTROL

Search

HOME      REGISTRATION      REPORTING      RESOURCES      ABOUT US

RESOURCES > Federal Register Notices > Manufacturers Notice of Registration - 2007 > National Center for Natural Products Research-NIDA MProject

## Manufacturers Notice of Registration - 2007

FR Doc E7-5398 [Federal Register: March 23, 2007 (Volume 72, Number 56)] [Notices] [Page 13824] From the Federal Register Online via GPO Access [wais.access.gpo.gov] [DOCID:fr23mr07-117]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**Manufacturer of Controlled Substances; Notice of Registration**

By Notice dated November 21, 2006, and published in the Federal Register on December 1, 2006, (71 FR 69592-69593), National Center for Natural Products Research-NIDA MProject, University of Mississippi, 135 Coy Waller Lab Complex, University, Mississippi 38677, made application by renewal to the Drug Enforcement Administration (DEA) to be registered as a bulk manufacturer of the basic classes of controlled substances listed in schedule I:

| Drug | Schedule |
|------|----------|
| Marihuana (7360) | I |
| Tetrahydrocannabinols (7370) | I |

The company plans to cultivate marihuana for the National Institute of Drug Abuse for research approved by the Department of Health and Human Services.

No comments or objections have been received. DEA has considered the factors in 21 U.S.C. 823(a) and determined that the registration of National Center for Natural Products Research-NIDA MProject, University of Mississippi to manufacture the listed basic classes of controlled substances is consistent with the public interest at this time. DEA has investigated National Center for Natural Products Research-NIDA MProject, University of Mississippi to ensure that the company's registration is consistent with the public interest. The investigation has included inspection and testing of the company's physical security systems, verification of the company's compliance with state and local laws, and a review of the company's background and history. Therefore, pursuant to 21 U.S.C. 823, and in accordance with 21 CFR 1301.33, the above named company is granted registration as a bulk manufacturer of the basic classes of controlled substances listed.

Dated: March 8, 2007.

**Joseph T. Rannazzisi,**
*Deputy Assistant Administrator, Office of Diversion Control, Drug Enforcement Administration.*

[FR Doc. E7-5398 Filed 3-22-07; 8:45 am]

BILLING CODE 4410-09-P

*NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).*





HOME    CONTACT US    A-Z SUBJECT INDEX    PRIVACY NOTICE    WEBSITE ASSISTANCE

**REGISTRATION**
Applications
Forms
Resources
DEA Required Training & Self-Certification or
Grants Applications

**ABOUT US**
Program Description
Customer Service Plan
DEA Forms & Applications
Mailing Addresses

**REPORTING**
ARCOS
BCM Online
Chemical Import/Export Declarations
CSOS (Controlled Substances Ordering System)
Drug Theft/Loss
Import/Export
Registrants Record of Controlled Substances Destroyed
Quotas
Reports Required by 21 CFR
Submit a Tip to DEA
Year-End Reports

**RESOURCES**
Cases Against Doctors
Chemical Control Program
CMEA (Combat Meth Epidemic Act)
Controlled Substance Schedules
DATA Waived Physicians
Drug Disposal Information
Drug and Chemical Information
E-commerce Initiatives
Federal Agencies & Related Links
Federal Register Notices

National Take-Back Initiative
NFLIS
Publications & Manuals
Questions & Answers
Significant Guidance Documents
Synthetic Drugs
Title 21 Code of Federal Regulations
Title 21 USC Codified CSA



OFFICE OF
DIVERSION CONTROL



# GENERICS
# COMPOUNDING POWDERS

Explore This Section

# Cocaine Hydrochloride USP CII



Click for larger view

### ORDER INFORMATION

| NDC # | Package Size | Case Quantity |
|-------|--------------|---------------|
| 0406-1520-53 | 5 gm | 1 |
| 0406-1520-55 | 25 gm | 1 |

For additional information on Cocaine Hydrochloride USP CII, call Customer Service at 1.800.325.8888 or Medical Information at 1.800.778.7898.



Mallinckrodt
Pharmaceuticals

Search for news, symbols or companies    Search     Sign in   🔔   ✉ Mail 

Finance Home   Originals   Events   Personal Finance   Technology   Markets   Industries   NEW My Screeners

((•)) US Markets are closed

| S&P 500 | Dow 30 | Nasdaq |
|---|---|---|
| 2,372.60 | 20,902.98 | 5,861.73 |
| +7.73 (+0.33%) | +44.79 (+0.21%) | +22.92 (+0.39%) |

  

## Mallinckrodt Public Limited Company (MNK)
NYSE - NYSE Delayed Price. Currency in USD

☆ Add to watchlist     Quote Lookup

**49.39** -0.17 (-0.34%)    **50.02** 0.63 (1.28%)
At close: 4:02PM EST      After hours: 4:36PM EST

People also watch
TEL   PNR   HZNP   ENDP   PRGO

Summary   Conversations   Statistics   Profile   Financials   Options   Holders   Historical Data   Analysts

1D   5D   1M   6M   YTD   1Y   2Y   5Y   MAX      ⤢ Interactive chart





| Previous Close | 49.56 | Market Cap | 5.17B |
|---|---|---|---|
| Open | 49.58 | Beta | 1.70 |
| Bid | 0.00 x | PE Ratio (TTM) | 19.17 |
| Ask | 0.00 x | EPS (TTM) | 2.58 |
| Day's Range | 49.04 - 50.07 | Earnings Date | Jan 31, 2017 - Feb 6, 2017 |
| 52 Week Range | 42.67 - 85.83 | Dividend & Yield | N/A (N/A) |
| Volume | 1,254,038 | Ex-Dividend Date | N/A |
| Avg. Volume | 2,166,506 | 1y Target Est | 76.53 |

Trade prices are not sourced from all markets

**Earnings** >     Actual ○ Estimate



EPS   1Q 2016   2Q 2016   3Q 2016   4Q 2016   1Q 2017

**Financials** >
**Annual**   Quarterly      Revenue    Earnings

**All**   |   News   |   Press Releases

GlobeNewswire • 57 minutes ago

### MNK Investors Deadline Reminder: Hagens Berman Reminds Mallinckrodt Investors of March 27, 2017 Lead...

SAN FRANCISCO, March 10, 2017-- Hagens Berman Sobol Shapiro LLP reminds investors in Mallinckrodt PLC of the March 27, 2017 Lead Plaintiff deadline and alerts them to the Company's receipt of a subpoena ...

Sponsored    CompareCards.com

Search for news, symbols or companies    Search        Sign in    🔔    ✉ Mail

**Finance Home**  **Originals**  **Events**  **Personal Finance**  **Technology**  **Markets**  **Industries**   (NEW) **My Screeners**


Billion $       2014    2015    2016

GlobeNewswire • 1 hour ago

## MNK ALERT: Rosen Law Firm Reminds Mallinckrodt Public Limited Company Investors of Important Deadlin…

NEW YORK, March 10, 2017-- Rosen Law Firm, a global investor rights law firm, reminds purchasers of Mallinckrodt Public Limited Company securities from November 25, 2014 through January 18, 2017, inclusive ...

Accesswire • 2 days ago

## SHAREHOLDER ALERT - Bronstein, Gewirtz & Grossman, LLC Reminds Investors of Class Action Against…

NEW YORK, NY / ACCESSWIRE / March 8, 2017 / Bronstein, Gewirtz & Grossman, LLC reminds investors that a class action lawsuit has been filed against Mallinckrodt Public Limited Company ("Mallinckrodt") ...

[ad]

H&R BLOCK
MORE
ZERO $

FREE FEDERAL & STATE
1040EZ • 1040A • 1040 SCHEDULE A
FILE FREE ONLINE ▶

TheStreet.com • 3 days ago

## Pharma, Biotech Stocks Fall on Trump Tweets, GOP Health Care Plan

Investors are deciding what to make of an impending overhaul of the American health care system in the wake of legislative progress out of Washington.


Sponsored ⚙ The Sovereign Investor

**This Technology Will Be Bigger Than the Internet**

A technological breakthrough is about to go parabolic. It will soar into a $19-Trillion industry by 2020. Watch Video to find out...

### Recommendation Trends ›


Dec   Jan   Feb   Mar

Strong Buy
Buy
Hold
Underperform
Sell

GlobeNewswire • 3 days ago

## UPDATE - SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action against…

NEW YORK, March 07, 2017-- Pomerantz LLP announces that a class action lawsuit has been filed against Mallinckrodt plc and certain of its officers. The class action, filed in United States District Court, ...

### Recommendation Rating ›


1.6
1          2      3       4         5
Strong    Buy    Hold   Under-    Sell
Buy                      perform


Yahoo Finance • 3 days ago

**These stocks are getting whacked after the GOP unveils its Obamacare…**

Republicans have unveiled their Obamacare replacement, and healthcare, hospital, and drug stocks aren't super excited abou...

### Analyst Price Targets (15) ›

Average 76.53

Low 60.00                    High 98.00
Current 49.39

GlobeNewswire • 4 days ago

## SHAREHOLDER ALERT: Pomerantz Law Firm Announces the Filing of a Class Action against Mallinckrodt plc and…

NEW YORK, March 06, 2017-- Pomerantz LLP announces that a class action lawsuit has been filed against Mallinckrodt plc and certain of its officers. The class action, filed in United States District Court, ...

### Upgrades & Downgrades ›

| | | |
|---|---|---|
| Initiated | Canaccord Genuity: to Buy | 2/22/2017 |
| Initiated | Raymond James: to Outperform | 11/18/2016 |
| Initiated | Stifel: to Buy | 8/12/2016 |
| Initiated | Goldman: to Neutral | 6/6/2016 |


Sponsored ⚙ The Mayo Clinic Diet

**The Last Diet You'll Ever Need**

Designed by the experts you trust at Mayo Clinic, this diet is designed to help you lost 6-10 lbs in two weeks by identifying...

Benzinga • 6 days ago

## When Journalists And Companies Don't See Eye-To-Eye

Home   Mail   Flickr   Tumblr   News   Sports   Finance   Celebrity   Answers   Groups   Mobile   More⋁

| Search for news, symbols or companies | Search |

**Sign in**    🔔 ¹    ✉ **Mail**

Finance Home   Originals   Events   Personal Finance   Technology   Markets   Industries   NEW My Screeners

((•)) US Markets are closed

| S&P 500 | Dow 30 | Nasdaq |
|---|---|---|
| 2,372.60 | 20,902.98 | 5,861.73 |
| +7.73 (+0.33%) | +44.79 (+0.21%) | +22.92 (+0.39%) |

  

$4.95 ONLINE U.S. EQUITY TRADES — Fidelity    Scottrade 700 FREE TRADES OR UP TO $2,500 CASH Restrictions Apply    $4.95 Online Equity Trades

## Stepan Company (SCL)
NYSE - NYSE Delayed Price. Currency in USD

☆ Add to watchlist

Quote Lookup

**77.23** +0.23 (+0.30%)    **77.23** 0.00 (0.00%)
At close: 4:02PM EST     After hours: 4:19PM EST

People also watch
FUL   TNC   SJW   RLI   WEYS

Summary   Conversations   Statistics   Profile   Financials   Options   Holders   Historical Data   Analysts

1D   5D   1M   6M   YTD   1Y   2Y   5Y   10Y   MAX     ⤢ Interactive chart





| Previous Close | 77.00 | Market Cap | 1.73B |
|---|---|---|---|
| Open | 77.43 | Beta | 1.57 |
| Bid | 0.00 x | PE Ratio (TTM) | 20.71 |
| Ask | 0.00 x | EPS (TTM) | 3.73 |
| Day's Range | 76.65 - 77.98 | Earnings Date | Feb 22, 2017 - Feb 27, 2017 |
| 52 Week Range | 52.30 - 87.00 | Dividend & Yield | 0.82 (1.07%) |
| Volume | 83,820 | Ex-Dividend Date | N/A |
| Avg. Volume | 76,133 | 1y Target Est | 79.50 |

Trade prices are not sourced from all markets

**Earnings** ›     Actual ○ Estimate



**Financials** ›
**Annual**   Quarterly     Revenue   Earnings

**All**  |  News  |  Press Releases

PR Newswire • 2 days ago

### Stepan to present at the Seaport Global Securities Transports & Industrials Conference on March 22, 2017

Scott D. Beamer, Vice President and Chief Financial Officer will represent the company during this event. Stepan Company is a major manufacturer of specialty and intermediate chemicals used in a broad range of industries. Stepan is a leading merchant producer ...

💬 ♡ ⬆

Sponsored   ✕ CompareCards.com

Search for news, symbols or companies    Search    Sign in    Mail

Finance Home    Originals    Events    Personal Finance    Technology    Markets    Industries    NEW My Screeners



Capital Cube • 4 days ago

### Stepan Co. breached its 50 day moving average in a Bullish Manner : SCL-US :...

Categories: ETFs Yahoo Finance Click here to see latest analysis *Disclaimer : This is as of previous day's closing price....



Capital Cube • 15 days ago

### Stepan Co. :SCL-US: Earnings Analysis: 2016 By the Numbers : February 23, 2017

Categories: Yahoo Finance Get free summary analysis Stepan Co. reports financial results for the year ended December 31,...

Associated Press • 16 days ago

## Stepan Co. posts 4Q profit

On a per-share basis, the Northfield, Illinois-based company said it had net income of 36 cents. Earnings, adjusted for non-recurring costs, were 52 cents per share. The specialty chemicals company posted ...



Sponsored • The Sovereign Investor

### This Technology Will Be Bigger Than the Internet

A technological breakthrough is about to go parabolic. It will soar into a $19-Trillion industry by 2020. Watch Video to find out...

PR Newswire • 16 days ago

## Stepan Declares Quarterly Dividend

Stepan Company is a major manufacturer of specialty and intermediate chemicals used in a broad range of industries. Stepan is a leading merchant producer of surfactants, which are the key ingredients in consumer and industrial cleaning compounds. The...

PR Newswire • 16 days ago

## Stepan Reports Fourth Quarter and Record Full Year 2016 Results

NORTHFIELD, Ill., Feb. 22, 2017 /PRNewswire/ -- Stepan Company (NYSE: SCL) today reported: Fourth Quarter Highlights Reported net income was $8.4 million, or $0.36 per diluted share versus $12.9 million, ...



Capital Cube • last month

### Stepan Co. : SCL-US: Dividend Analysis : November 30th, 2016 (record date) : By...

Categories: Yahoo Finance Get free summary analysis Our analysis is based on comparing Stepan Co. with the following...



Sponsored • The Mayo Clinic Diet

### The Last Diet You'll Ever Need

Designed by the experts you trust at Mayo Clinic, this diet is designed to help you lost 6-10 lbs in two weeks by identifying...

Capital Cube • 2 months ago

### ETFs with exposure to Stepan Co. : January 17, 2017

Categories: ETFs Yahoo Finance Click here to see latest analysis ETFs with exposure to Stepan Co. Here are 5 ETFs with the largest exposure to SCL-US. Comparing the performance and risk of Stepan Co. with the ETFs that have exposure to it gives us so...

United States Drivers Born Between 1936 and 1966 are in for a big surprise

### Recommendation Trends ›



Strong Buy
Buy
Hold
Underperform
Sell

Dec    Jan    Feb    Mar

### Recommendation Rating ›

2.7

| 1 | 2 | 3 | 4 | 5 |
| Strong Buy | Buy | Hold | Under-perform | Sell |

### Analyst Price Targets (2) ›

Average 79.50



Low 74.00    Current 77.23    High 85.00

### Upgrades & Downgrades ›

| ↓ Downgrade | Seaport Global Securities: Accumulate to Neutral | 5/3/2016 |
| Initiated | Global Hunter Securities: to Accumulate | 6/4/2015 |
| Initiated | ABN AMRO: to Add | 12/7/2000 |
| Initiated | CSFB: to Buy | 6/20/2000 |

Home   Mail   Flickr   Tumblr   News   Sports   Finance   Celebrity   Answers   Groups   Mobile   More   Try Yahoo Finance on Firefox »

| Search for news, symbols or companies | Search | | Sign in | 🔔 | ✉ Mail |

**Finance Home**   Originals   Events   Personal Finance   **Technology**   **Markets**   **Industries**   NEW My Screeners   My Portfolio

((•)) US Markets are closed

| S&P 500 | Dow 30 | Nasdaq |
|---|---|---|
| 2,372.60 | 20,902.98 | 5,861.73 |
| +7.73 (+0.33%) | +44.79 (+0.21%) | +22.92 (+0.39%) |

  

---

### Catalent, Inc. (CTLT)
NYSE - NYSE Delayed Price. Currency in USD

☆ Add to watchlist

Quote Lookup

**28.38** -0.12 (-0.42%)
At close: 4:02PM EST

**28.38** 0.00 (0.00%)
After hours: 4:19PM EST

People also watch
DERM  PRAH  PAHC  IMDZ  FGEN

**Summary**   Conversations   Statistics   Profile   Financials   Options   Holders   Historical Data   Analysts

**1D** 5D 1M 6M YTD 1Y 2Y 5Y MAX                           ⤢ Interactive chart



| | | | |
|---|---|---|---|
| Previous Close | 28.50 | Market Cap | 3.54B |
| Open | 28.41 | Beta | N/A |
| Bid | 0.00 x | PE Ratio (TTM) | 39.47 |
| Ask | 0.00 x | EPS (TTM) | 0.72 |
| Day's Range | 28.27 - 28.70 | Earnings Date | May 2, 2017 - May 8, 2017 |
| 52 Week Range | 20.94 - 32.24 | Dividend & Yield | N/A (N/A) |
| Volume | 447,985 | Ex-Dividend Date | N/A |
| Avg. Volume | 727,643 | 1y Target Est | 30.50 |

Trade prices are not sourced from all markets

**All**   News   Press Releases

Business Wire • 16 days ago

### Catalent, Inc. to Present at the Raymond James 38th Annual Institutional Investors Conference

Catalent, Inc. , the leading global provider of advanced delivery technologies and development solutions for drugs, biologics and consumer health products, today announced that Matthew Walsh, Executive Vice President & Chief Financial Officer, will…

**Earnings ›**                    Actual ○ Estimate



**Financials ›**
**Annual**  Quarterly                Revenue   Earnings

Sponsored ☒ CompareCards.com
**Top 8 Credit Cards For Those With**

Home   Mail   Flickr   Tumblr   News   Sports   Finance   Celebrity   Answers   Groups   Mobile   More   Try Yahoo Finance on Firefox »

 

Search for news, symbols or companies    Search     Sign in



**Finance Home**    Originals    Events    Personal Finance    Technology    Markets    Industries    (NEW) My Screeners    My Portfolio

Insider Monkey • 21 days ago

### Cluster of Insider Sales at IT Research Firm — Should You Sell? Guys at Baron Say No...

Academics and analysts have been suggesting that one can become a better investor by learning how to monitor and interpre...

Business Wire • 22 days ago

### Catalent Completes Accucaps Acquisition to Expand Softgel Development and Manufacturing Capabilities and...

Catalent, Inc. , the leading global provider of advanced delivery technologies and development solutions for drugs, biologics and consumer health products, today announced that it has completed the acquisition of Accucaps Industries Limited , the...

Capital Cube • 24 days ago

### ETFs with exposure to Catalent, Inc. : February 14, 2017

Categories: ETFs Yahoo Finance Click here to see latest analysis ETFs with exposure to Catalent, Inc. Here are 5 ETFs with the largest exposure to CTLT-US. Comparing the performance and risk of Catalent, Inc. with the ETFs that have exposure to it gives us som..

Sponsored ❖ The Sovereign Investor

### This Technology Will Be Bigger Than the Internet

A technological breakthrough is about to go parabolic. It will soar into a $19-Trillion industry by 2020. Watch Video to find out...



Capital Cube • 29 days ago

### Catalent, Inc. :CTLT-US: Earnings Analysis: Q2, 2017 By the Numbers : February 9,...

Categories: Yahoo Finance Get free summary analysis Catalent, Inc. reports financial results for the quarter ended December 31,...

Thomson Reuters StreetEvents • last month

### Edited Transcript of CTLT earnings conference call or presentation 6-Feb-17 9:45pm GMT

Q2 2017 Catalent Inc Earnings Call

Associated Press • last month

### Catalent beats Street 2Q forecasts

The Somerset, New Jersey-based company said it had profit of 14 cents per share. Earnings, adjusted for one-time gains and costs, came to 27 cents per share. The results surpassed Wall Street expectations. ...

Sponsored ❖ The Mayo Clinic Diet

### The Last Diet You'll Ever Need

Designed by the experts you trust at Mayo Clinic, this diet is designed to help you lost 6-10 lbs in two weeks by identifying and...

---

800M
600M
400M
200M

Billion $    2014    2015    2016



YAHOO!

### Which asthma treatment is right for you?

Search now



**Recommendation Trends** ›

12

8

4

0
   Dec   Jan   Feb   Mar

Strong Buy
Buy
Hold
Underperform
Sell

**Recommendation Rating** ›

2.2

1     2     3     4     5
Strong   Buy   Hold   Under-   Sell
Buy           perform

**Analyst Price Targets (8)** ›

Average 30.50

Low 25.00           High 32.00
      Current 28.38

**Upgrades & Downgrades** ›

| | | |
|---|---|---|
| Initiated | Goldman: to Neutral | 12/1/2016 |
| Initiated | KeyBanc Capital Mkts: to Overweight | 10/20/2016 |
| ↑ Upgrade | Wells Fargo: Market Perform to Outperform | 6/21/2016 |
| ↑ Upgrade | BofA/Merrill: Neutral to Buy | 6/20/2016 |

3/10/2017                    Manufacturers Notice of Registration - 2016 - IRIX Manufacturing, Inc.

Case 3:17-cv-00724-L-BN    Document 2    Filed 03/14/17    Page 47 of 79    PageID 49



# U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION

# DIVISION CONTROL DIVISION

Search



HOME        REGISTRATION        REPORTING        RESOURCES        ABOUT US

RESOURCES > Federal Register Notices > Manufacturers Notice of Registration - 2016 > IRIX Manufacturing, Inc.

## Manufacturers Notice of Registration - 2016

[Federal Register Volume 81, Number 6 (Monday, January 11, 2016)]
[Notices]
[Pages 1209-1210]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-215]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Manufacturer of Controlled Substances Registration: IRIX Manufacturing, Inc.**

**ACTION:** Notice of registration.

**SUMMARY:** IRIX Manufacturing, Inc. applied to be registered as a

[[Page 1210]]

manufacturer of certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants IRIX Manufacturing, Inc. registration as a manufacturer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated August 10, 2015, and published in the Federal Register on August 18, 2015, 80 FR 50035, IRIX Manufacturing, Inc., 309 Delaware Street, Building 1106, Greenville, South Carolina 29605 applied to be registered as a manufacturer of certain basic classes of controlled substances. No comments or objections were submitted for this notice.

The DEA has considered the factors in **21 U.S.C.** 823(a) and determined that the registration of IRIX Manufacturing, Inc. to manufacture the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C.** 823(a), and in accordance with **21 CFR 1301.33**, the above-named company is granted registration as a bulk manufacturer of the following basic classes of controlled substances:

| Controlled Substance | Schedule |
|---|---|
| Marihuana (7360) | I |
| Tetrahydrocannabinols (7370) | I |

The company plans to manufacture the above-listed controlled substances synthetically as Active Pharmaceutical Ingredients (API) for clinical trials.

Dated: January 4, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-215 Filed 1-8-16; 8:45 am]

BILLING CODE 4410-09-P

*NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).*







HOME     CONTACT US     A-Z SUBJECT INDEX     PRIVACY NOTICE     WEBSITE ASSISTANCE

3/10/2017        Manufacturers Notice of Registration - 2016 - Alltech Associates, Inc.

Case 3:17-cv-00734-L-BN    Document 2    Filed 02/14/17    Page 48 of 79    PageID 50



U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION

# DIVERSION CONTROL DIVISION

| Search |

HOME     REGISTRATION     REPORTING     RESOURCES     ABOUT US

RESOURCES > Federal Register Notices > Manufacturers Notice of Registration - 2016 > Alltech Associates, Inc.

## Manufacturers Notice of Registration - 2016

[Federal Register Volume 81, Number 6 (Monday, January 11, 2016)]
[Notices]
[Pages 1208-1209]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-216]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Manufacturer of Controlled Substances Registration: Alltech Associates, Inc.**

**ACTION:** Notice of registration.

**SUMMARY:** Alltech Associates, Inc. applied to be registered as a manufacturer of certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants Alltech Associates, Inc. registration as a manufacturer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated August 10, 2015, and published in the Federal Register on August 18, 2015, 80 FR 50041, Alltech Associates, Inc., 2051 Waukegan Road, Deerfield, Illinois 60015 applied to be registered as a manufacturer of certain basic classes of controlled substances. No comments or objections were submitted for this notice.

The DEA has considered the factors in **21 U.S.C. 823(a)** and determined that the registration of Alltech Associates, Inc. to manufacture the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C. 823(a)**, and in accordance with **21 CFR 1301.33**, the above-named company is granted registration as a bulk manufacturer of the following basic classes of controlled substances:

| Controlled Substance | Schedule |
|---|---|
| Methcathinone (1237) | I |
| N-Ethylamphetamine (1475) | I |
| N,N-Dimethylamphetamine (1480) | I |
| 4-Methylaminorex (cis isomer) (1590) | I |
| Gamma Hydroxybutyric Acid (2010) | I |
| Alpha-ethyltryptamine (7249) | I |
| Lysergic acid diethylamide (7315) | I |
| 2,5-Dimethoxy-4-(n)-propylthiophenethylamine (2C-T-7) (7348) | I |
| Tetrahydrocannabinols (7370) | I |
| Mescaline (7381) | I |
| 4-Bromo-2,5-dimethoxyamphetamine (7391) | I |
| 4-Bromo-2,5-dimethoxyphenethylamine (7392) | I |
| 4-Methyl-2,5-dimethoxyamphetamine (7395) | I |
| 2,5-Dimethoxyamphetamine (7396) | I |
| 2,5-Dimethoxy-4-ethylamphetamine (7399) | I |
| 3,4-Methylenedioxyamphetamine (7400) | I |
| N-Hydroxy-3,4-methylenedioxyamphetamine (7402) | I |
| 3,4-Methylenedioxy-N-ethylamphetamine (7404) | I |
| 3,4-Methylenedioxymethamphetamine (7405) | I |
| 4-Methoxyamphetamine (7411) | I |
| 5-Methoxy-N-N-dimethyltryptamine (7431) | I |
| Alpha-methyltryptamine (7432) | I |
| Bufotenine (7433) | I |
| Diethyltryptamine (7434) | I |
| Dimethyltryptamine (7435) | I |
| Psilocybin (7437) | I |
| Psilocyn (7438) | I |
| 5-Methoxy-N,N-diisopropyltryptamine (7439) | I |
| N-Ethyl-1-phenylcyclohexylamine (7455) | I |
| 1-(1-Phenylcyclohexyl)pyrrolidine (7458) | I |

3/10/2017     Manufacturers Notice of Registration - 2016 - Alltech Associates, Inc.

Case 3:17-cv-00734-L-BN   Document 2    Filed 03/14/17     Page 49 of 79     PageID 51

| | |
|---|---|
| 2-(2,5-Dimethoxy-4-ethylphenyl) ethanamine (2C-E) (7509) | I |
| 2-(2,5-Dimethoxyphenyl) ethanamine (2C-H) (7517) | I |
| 2-(4-Iodo-2,5-dimethoxyphenyl) ethanamine (2C-I) (7518) | I |
| 2-(4-Isopropylthio)-2,5-dimethoxyphenyl) ethanamine (2C-T-4) (7532) | I |
| Dihydromorphine (9145) | I |
| Heroin (9200) | I |
| Normorphine (9313) | I |
| Methamphetamine (1105) | II |
| 1-Phenylcyclohexylamine (7460) | II |
| Phencyclidine (7471) | II |
| Phenylacetone (8501) | II |
| 1-Piperidinocyclohexanecarbonitrile (8603) | II |
| Cocaine (9041) | II |
| Codeine (9050) | II |
| Dihydrocodeine (9120) | II |
| Ecgonine (9180) | II |
| Meperidine intermediate-B (9233) | II |
| Morphine (9300) | II |
| Noroxymorphone (9668) | II |

[[Page 1209]]

The company plans to manufacture high purity drug standards used for analytical applications only in clinical, toxicological, and forensic laboratories and for distribution to its customers.

Dated: January 4, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-216 Filed 1-8-16; 8:45 am]

BILLING CODE 4410-09-P

---

**NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).**







**REGISTRATION**
Applications
Tools
Resources
CMEA Required Training & Self-
Certification
Quota Applications

**ABOUT US**
Program Description
Customer Service Plan
DEA Forms & Applications
Mailing Addresses
Meeting & Events
What's New

**REPORTING**
ARCOS
DCM Online
Chemical Import/Export Declarations
CSOS (Controlled Substances Ordering System)
Drug Theft/Loss
Import/Export
Registrant Record of Controlled Substances Destroyed
Quotas
Reports Required by 21 CFR
Submit a Tip to DEA
Year-End Reports

**RESOURCES**
Cases Against Doctors
Chemical Control Program
CMEA (Combat Meth Epidemic Act)
Controlled Substance Schedules
DATA Waived Physicians
Drug Disposal Information
Drug and Chemical Information
E-commerce Initiatives
Federal Agencies & Related Links
Federal Register Notices

National Take-Back Initiative
NFLIS
Publications & Manuals
Questions & Answers
Significant Guidance Documents
Synthetic Drugs
Title 21 Code of Federal Regulations
Title 21 USC Codified CSA



U.S. DEPARTMENT OF JUSTICE • DRUG ENFORCEMENT ADMINISTRATION
Diversion Control Division • 5701 Marchette Drive • Springfield, VA 22152 • 1-800-882-9539

DEA.GOV  |  JUSTICE.GOV  |  USA.GOV  |  REGULATIONS.GOV

DOJ Legal Policies and Disclaimers  |  DOJ Privacy Policy  |  Section 508 Accessibility





RESOURCES > Federal Register Notices > Manufacturers Notice of Registration - 2016 > Rhodes Technologies

## Manufacturers Notice of Registration - 2016

[Federal Register Volume 81, Number 11 (Tuesday, January 19, 2016)]
[Notices]
[Page 2911]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-00781]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Manufacturer of Controlled Substances Registration: Rhodes Technologies**

**ACTION:** Notice of registration.

**SUMMARY:** Rhodes Technologies applied to be registered as a manufacturer of certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants Rhodes Technologies registration as a manufacturer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated August 21, 2015, and published in the Federal Register on August 31, 2015, 80 FR 52511, Rhodes Technologies, 498 Washington Street, Coventry, Rhode Island 02816 applied to be registered as a manufacturer of certain basic classes of controlled substances. No comments or objections were submitted for this notice.

The DEA has considered the factors in **21 U.S.C. 823(a)** and determined that the registration of Rhodes Technologies to manufacture the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C. 823**(a), and in accordance with **21 CFR 1301.33**, the above-named company is granted registration as a bulk manufacturer of the following basic classes of controlled substances:

| Controlled Substance | Schedule |
|---|---|
| Tetrahydrocannabinols (7370) | I |
| Dihydromorphine (9145) | I |
| Methylphenidate (1724) | II |
| Codeine (9050) | II |
| Dihydrocodeine (9120) | II |
| Oxycodone (9143) | II |
| Hydromorphone (9150) | II |
| Hydrocodone (9193) | II |
| Levorphanol (9220) | II |
| Morphine (9300) | II |
| Oripavine (9330) | II |
| Thebaine (9333) | II |
| Oxymorphone (9652) | II |
| Noroxymorphone (9668) | II |
| Tapentadol (9780) | II |
| Fentanyl (9801) | II |

The company plans to manufacture the listed controlled substances in bulk for conversion and sale to dosage form manufacturers.

In reference to drug code 7370 the company plans to bulk manufacture synthetic tetrahydrocannabinols. No other activity for this drug code is authorized for this registration.

Dated: January 11, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-00781 Filed 1-15-16; 8:45 am]

BILLING CODE 4410-09-P

*NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).*



# DIVERSION CONTROL DIVISION

U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION

Search

HOME        REGISTRATION        REPORTING        RESOURCES        ABOUT US



RESOURCES > Federal Register Notices > Manufacturers Notice of Registration - 2016 > Apertus Pharmaceuticals

## Manufacturers Notice of Registration - 2016

[Federal Register Volume 81, Number 11 (Tuesday, January 19, 2016)]
[Notices]
[Pages 2910-2911]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-00778]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Manufacturer of Controlled Substances Registration: Apertus Pharmaceuticals**

**ACTION:** Notice of registration.

[[Page 2911]]

**SUMMARY:** Apertus Pharmaceuticals applied to be registered as a manufacturer of certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants Apertus Pharmaceuticals registration as a manufacturer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated October 2, 2015, and published in the Federal Register on October 13, 2015, 80 FR 61470, Apertus Pharmaceuticals, 331 Consort Drive, Ballwin, Missouri 63011 applied to be registered as a manufacturer of certain basic classes of controlled substances. No comments or objections were submitted for this notice.

The DEA has considered the factors in **21 U.S.C.** 823(a) and determined that the registration of Apertus Pharmaceuticals to manufacture the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C.** 823(a), and in accordance with **21 CFR 1301.33**, the above-named company is granted registration as a bulk manufacturer of the following basic classes of controlled substances:

| Controlled Substance | Schedule |
|---|---|
| Marihuana (7360) | I |
| Tetrahydrocannabinols (7370) | I |
| Remifentanil (9739) | II |

The company plans to manufacture the above-listed controlled substances in bulk for distribution to its customers. In reference to drug codes 7360 marihuana and 7370 tetrahydrocannabinols the company plans to bulk manufacture both as synthetic substances. No other activity for these drug codes is authorized for this registration.

Dated: January 11, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-00778 Filed 1-15-16; 8:45 am]

BILLING CODE 4410-09-P

***NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).***



3/10/2017      Manufacturers Notice of Registration - 2016 - American Radiolabeled Chemicals, Inc.

Case 3:17-cv-00734-L-BN    Document 2    Filed 03/14/17    Page 52 of 79    PageID 54





**U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION**

# DIVERSION CONTROL DIVISION

HOME     REGISTRATION     REPORTING     RESOURCES     ABOUT US

RESOURCES > Federal Register Notices > Manufacturers Notice of Registration - 2016 > American Radiolabeled Chemicals, Inc.

## Manufacturers Notice of Registration - 2016

[Federal Register Volume 81, Number 11 (Tuesday, January 19, 2016)]
[Notices]
[Page 2910]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-00779]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Manufacturer of Controlled Substances Registration: American Radiolabeled Chemicals, Inc.**

**ACTION:** Notice of registration.

**SUMMARY:** American Radiolabeled Chemicals, Inc. applied to be registered as a manufacturer of certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants American Radiolabeled Chemicals, Inc. registration as a manufacturer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated October 2, 2015, and published in the Federal Register on October 13, 2015, 80 FR 61469, American Radiolabeled Chemicals, Inc., 101 Arc Drive, Saint Louis, Missouri 63146 applied to be registered as a manufacturer of certain basic classes of controlled substances. No comments or objections were submitted for this notice.

The DEA has considered the factors in **21 U.S.C. 823**(a) and determined that the registration of American Radiolabeled Chemicals, Inc. to manufacture the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C. 823**(a), and in accordance with **21 CFR 1301.33**, the above-named company is granted registration as a bulk manufacturer of the following basic classes of controlled substances:

| Controlled Substance | Schedule |
|---|---|
| Gamma Hydroxybutyric Acid (2010) | I |
| Ibogaine (7260) | I |
| Lysergic acid diethylamide (7315) | I |
| Tetrahydrocannabinols (7370) | I |
| Dimethyltryptamine (7435) | I |
| 1-[1-(2-Thienyl)cyclohexyl]piperidine (7470) | I |
| Dihydromorphine (9145) | I |
| Heroin (9200) | I |
| Normorphine (9313) | II |
| Amphetamine (1100) | II |
| Methamphetamine (1105) | II |
| Amobarbital (2125) | II |
| Phencyclidine (7471) | II |
| Phenylacetone (8501) | II |
| Cocaine (9041) | II |
| Codeine (9050) | II |
| Dihydrocodeine (9120) | II |
| Oxycodone (9143) | II |
| Hydromorphone (9150) | II |
| Ecgonine (9180) | II |
| Hydrocodone (9193) | II |
| Meperidine (9230) | II |
| Metazocine (9240) | II |
| Methadone (9250) | II |
| Dextropropoxyphene, bulk (non-dosage forms) (9273) | II |
| Morphine (9300) | II |
| Oripavine (9330) | II |
| Thebaine (9333) | II |
| Oxymorphone (9652) | II |
| Phenazocine (9715) | II |

3/10/2017                    Manufacturers Notice of Registration - 2016 - American Radiolabeled Chemicals, Inc.

Case 3:17-cv-00734-L-BN    Document 2    Filed 03/14/17    Page 53 of 79    PageID 55

| Fentanyl (9801) | II |
|---|---|

The company plans to manufacture small quantities of the listed controlled substances as radiolabeled compounds for biochemical research.

Dated: January 11, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-00779 Filed 1-15-16; 8:45 am]

BILLING CODE 4410-09-P

*NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).*





HOME    CONTACT US    A-Z SUBJECT INDEX    PRIVACY NOTICE    WEBSITE ASSISTANCE

**REGISTRATION**
Applications
Tools
Resources
CMEA Required Training & Self-Certification
Quota Applications

**ABOUT US**
Program Description
Customer Service Plan
DEA Forms & Applications
Mailing Addresses
Meetings & Events
What's New

**REPORTING**
ARCOS
SORI Online
Chemical Import/Export Declarations
CSOS (Controlled Substances Ordering System)
Drug Theft/Loss
Import/Export
Registrant Record of Controlled Substances Destroyed
Quotas
Reports Required by 21 CFR
Submit a Tip to DEA
Year-End Reports

**RESOURCES**
Cases Against Doctors
Chemical Control Program
CMEA (Combat Meth Epidemic Act)
Controlled Substance Schedules
DATA Waived Physicians
Drug Disposal Information
Drug and Chemical Information
E-commerce Initiatives
Federal Agencies & Related Links
Federal Register Notices

National Take-Back Initiative
NFLIS
Publications & Manuals
Questions & Answers
Significant Guidance Documents
Synthetic Drugs
Title 21 Code of Federal Regulations
Title 21 USC Codified CSA



U.S. DEPARTMENT OF JUSTICE • DRUG ENFORCEMENT ADMINISTRATION
Diversion Control Division • 8701 Morrissette Drive • Springfield, VA 22152 • 1-800-882-9539

DEA.GOV    |    JUSTICE.GOV    |    USA.GOV    |    REGULATIONS.GOV

DOJ Legal Policies and Disclaimers    |    DOJ Privacy Policy    |    Section 508 Accessibility

3/10/2017                    Manufacturers Notice of Registration - 2016 - Cedarburg Pharmaceuticals, Inc.

Case 3:17-cv-00734-L-BN     Document 3     Filed 03/14/17     Page 54 of 79     PageID 58

# U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION

# DIVERSION CONTROL DIVISION

| Search |

HOME          REGISTRATION          REPORTING          RESOURCES          ABOUT US

RESOURCES > Federal Register Notices > Manufacturers Notice of Registration - 2016 > Cedarburg Pharmaceuticals, Inc.

## Manufacturers Notice of Registration - 2016

[Federal Register Volume 81, Number 36 (Wednesday, February 24, 2016)]
[Notices]
[Pages 9219-9220]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-03853]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Manufacturer of Controlled Substances Registration: Cedarburg Pharmaceuticals, Inc.**

**ACTION:** Notice of registration.

**SUMMARY:** Cedarburg Pharmaceuticals, Inc. applied to be registered as a manufacturer of certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants Cedarburg Pharmaceuticals, Inc. registration as a manufacturer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated September 16, 2015, and published in the Federal Register on September 23, 2015, 80 FR 57390, Cedarburg Pharmaceuticals, Inc., 870 Badger Circle, Grafton, Wisconsin 53024 applied to be registered as a manufacturer of certain basic classes of controlled substances. No comments or objections were submitted for this notice.

The DEA has considered the factors in 21 U.S.C. 823(a) and determined that the registration of Cedarburg Pharmaceuticals, Inc. to manufacture the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to 21 U.S.C. 823(a), and in accordance with 21 CFR 1301.33, the above-named company is granted registration as a bulk manufacturer of the following basic classes of controlled substances:

[[Page 9220]]

| Controlled Substance | Schedule |
|---|---|
| Marihuana (7360) | I |
| Tetrahydrocannabinols (7370) | I |
| 4-Anilino-N-phenethyl-4-piperidine (ANPP) (8333) | II |
| Remifentanil (9739) | II |
| Fentanyl (9801) | II |

The company plans to manufacture the above-listed controlled substances in bulk for distribution to its customers. In reference to drug code 7360, marihuana, the company plans to bulk manufacture cannabidiol as a synthetic intermediate. This controlled substance will be further synthesized to bulk manufacture a synthetic tetrahydrocannabinols (7370). No other activity for this drug code is authorized for this registration.

Dated: February 16, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-03853 Filed 2-23-16; 8:45 am]

BILLING CODE 4410-09-P

***NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).***





RESOURCES > Federal Register Notices > Manufacturers Notice of Registration - 2016 > Cerilliant Corporation

## Manufacturers Notice of Registration - 2016

[Federal Register Volume 81, Number 56 (Wednesday, March 23, 2016)]
[Notices]
[Pages 15561-15564]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-06535]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Manufacturer of Controlled Substances Registration: Cerilliant Corporation**

**ACTION:** Notice of registration.

**SUMMARY:** Cerilliant Corporation applied to be registered as a manufacturer of certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants Cerilliant Corporation registration as a manufacturer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated September 21, 2015, and published in the Federal Register on September 30, 2015, 80 FR 58788, Cerilliant Corporation, 811 Paloma Drive, Suite A, Round Rock, Texas 78665-2402 applied to be registered as a manufacturer of certain basic classes of controlled substances. No comments

[[Page 15562]]

or objections were submitted for this notice.

The DEA has considered the factors in **21 U.S.C. 823**(a) and determined that the registration of Cerilliant Corporation to manufacture the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C. 823**(a), and in accordance with **21 CFR 1301.33**, the above-named company is granted registration as a bulk manufacturer of the following basic classes of controlled substances:

| Controlled Substance | Schedule |
|---|---|
| 3-Fluoro-N-methylcathinone (3-FMC) (1233) | I |
| Cathinone (1235) | I |
| Methcathinone (1237) | I |
| 4-Fluoro-N-methylcathinone (4-FMC) (1238) | I |
| Pentedrone (α-methylaminovalerophenone) (1246) | I |
| Mephedrone (4-Methyl-N-methylcathinone) (1248) | I |
| 4-Methyl-N-ethylcathinone (4-MEC) (1249) | I |
| Naphyrone (1258) | I |
| N-Ethylamphetamine (1475) | I |
| N,N-Dimethylamphetamine (1480) | I |
| Fenethylline (1503) | I |
| Aminorex (1585) | I |
| 4-Methylaminorex (cis isomer) (1590) | I |
| Gamma Hydroxybutyric Acid (2010) | I |
| Methaqualone (2565) | I |
| JWH-250 (1-Pentyl-3-(2-methoxyphenylacetyl) indole) (6250) | I |
| SR-18 (Also known as RCS-8) (1-Cyclohexylethyl-3-(2-methoxyphenylacetyl) indole) (7008) | I |
| 5-Flouro-UR-144 and XLR11 [1-(5-Fluoro-pentyl) 1H-indol-3-yl](2,2,3,3-tetramethylcyclopropyl) methanone (7011) | I |
| AB-FUBINACA (N-(1-amino-3-methyl-1-oxobutan-2-yl)-1-(4-fluorobenzyl)-1H-indazole-3-carboxamide) (7012) | I |
| JWH-019 (1-Hexyl-3-(1-naphthoyl) indole) (7019) | I |
| AB-PINACA (N-(1-amino-3-methyl-1-oxobutan-2-yl)-1-pentyl-1H-indazole-3-carboxamide (7023) | I |
| THJ-2201 [1-(5-fluoropentyl)-1H-indazol-3-yl] (naphthalen-1-yl)methanone (7024) | I |
| AB-CHMINACA (N-(1-amino-3-methyl-1-oxobutan-2-yl)-1-(cyclohexylmethyl)-1H-indazole-3-carboxamide (7031) | I |
| ADB-PINACA (N-(1-amino-3,3-dimethyl-1-oxobutan-2-yl)-1-pentyl-1H-indazole-3-carboxamide) (7035) | I |
| APINACA and AKB48 N-(1-Adamantyl)-1-pentyl-1H-indazole-3-carboxamide (7048) | I |
| JWH-081 (1-Pentyl-3-(1-(4-methoxynaphthoyl) indole) (7081) | I |
| SR-19 (Also known as RCS-4) (1-Pentyl-3-[(4-methoxy)-benzoyl) indole (7104) | I |

| | |
|---|---|
| JWH-122 (1-Pentyl-3-(4-methyl-1-naphthoyl) indole) (7122) | 1 |
| UR-144 (1-Pentyl-1H-indol-3-yl) (2,2,3,3-tetramethylcyclopropyl)methanone (7144) | 1 |
| JWH-073 (1-Butyl-3-(1-naphthoyl) indole) (7173) | 1 |
| JWH-200 (1-[2-(4-Morpholinyl)ethyl]-3-(1-naphthoyl) indole) (7200) | 1 |
| AM-2201 (1-(5-Fluoropentyl)-3-(1-naphthoyl) indole) (7201) | 1 |
| JWH-203 (1-Pentyl-3-(2-chlorophenylacetyl) indole) (7203) | 1 |
| PB-22 (Quinolin-8-yl 1-pentyl-1H-indole-3-carboxylate) (7222) | 1 |
| 5F-PB-22 (Quinolin-8-yl 1-(5-fluoropentyl)-1H-indole-3-carboxylate) (7225) | 1 |
| Alpha-ethyltryptamine (7249) | 1 |
| CP-47,497 (5-(1,1-Dimethylheptyl)-2-[(1R,3S)-3-hydroxycyclohexyl-phenol) (7297) | 1 |
| CP-47,497 C8 Homologue (5-(1,1-Dimethyloctyl)-2-[(1R,3S) 3-hydroxycyclohexyl-phenol) (7298) | 1 |
| Lysergic acid diethylamide (7315) | 1 |
| 2,5-Dimethoxy-4-(n)-propylthiophenethylamine (2C-T-7) (7348) | 1 |
| Marihuana (7360) | 1 |
| Tetrahydrocannabinols (7370) | 1 |
| Parahexyl (7374) | 1 |
| Mescaline (7381) | 1 |
| 2-(4-Ethylthio-2,5-dimethoxyphenyl) ethanamine (2C-T-2) (7385) | 1 |
| 3,4,5-Trimethoxyamphetamine (7390) | 1 |
| 4-Bromo-2,5-dimethoxyamphetamine (7391) | 1 |
| 4-Bromo-2,5-dimethoxyphenethylamine (7392) | 1 |
| 4-Methyl-2,5-dimethoxyamphetamine (7395) | 1 |
| 2,5-Dimethoxyamphetamine (7396) | 1 |
| JWH-398 (1-Pentyl-3-(4-chloro-1-naphthoyl) indole (7398) | 1 |
| 2,5-Dimethoxy-4-ethylamphetamine (7399) | 1 |
| 3,4-Methylenedioxyamphetamine (7400) | 1 |
| 5-Methoxy-3,4-methylenedioxyamphetamine (7401) | 1 |
| N-Hydroxy-3,4-methylenedioxyamphetamine (7402) | 1 |
| 3,4-Methylenedioxy-N-ethylamphetamine (7404) | 1 |
| 3,4-Methylenedioxymethamphetamine (7405) | 1 |
| 4-Methoxyamphetamine (7411) | 1 |
| 5-Methoxy-N-N-dimethyltryptamine (7431) | 1 |
| Alpha-methyltryptamine (7432) | 1 |
| Bufotenine (7433) | 1 |
| Diethyltryptamine (7434) | 1 |
| Dimethyltryptamine (7435) | 1 |
| Psilocybin (7437) | 1 |
| Psilocyn (7438) | 1 |
| 5-Methoxy-N,N-diisopropyltryptamine (7439) | 1 |
| N-Ethyl-1-phenylcyclohexylamine (7455) | 1 |
| 1-(1-Phenylcyclohexyl)pyrrolidine (7458) | 1 |
| 1-[1-(2-Thienyl)cyclohexyl]piperidine (7470) | 1 |
| N-Benzylpiperazine (7493) | 1 |
| 4-Methyl-alphapyrrolidinopropiophenone (4-MePPP) (7498) | 1 |
| 2-(2,5-Dimethoxy-4-methylphenyl) ethanamine (2C-D) (7508) | 1 |
| 2-(2,5-Dimethoxy-4-ethylphenyl) ethanamine (2C-E) (7509) | 1 |
| 2-(2,5-Dimethoxyphenyl) ethanamine (2C-H) (7517) | 1 |
| 2-(4-Iodo-2,5-dimethoxyphenyl) ethanamine (2C-I) (7518) | 1 |
| 2-(4-Chloro-2,5-dimethoxyphenyl) ethanamine (2C-C) (7519) | 1 |
| 2-(2,5-Dimethoxy-4-nitro-phenyl) ethanamine (2C-N) (7521) | 1 |
| 2-(2,5-Dimethoxy-4-(n)-propylphenyl) ethanamine (2C-P) (7524) | 1 |
| 2-(4-Isopropylthio)-2,5-dimethoxyphenyl) ethanamine (2C-T-4) (7532) | 1 |
| MDPV (3,4-Methylenedioxypyrovalerone) (7535) | 1 |
| 2-(4-bromo-2,5-dimethoxyphenyl)-N-(2-methoxybenzyl) ethanamine (25B-NBOMe) (7536) | 1 |
| 2-(4-chloro-2,5-dimethoxyphenyl)-N-(2-methoxybenzyl) ethanamine (25C-NBOMe) (7537) | 1 |
| 2-(4-iodo-2,5-dimethoxyphenyl)-N-(2-methoxybenzyl) ethanamine (25I-NBOMe) (7538) | 1 |
| Methylone (3,4-Methylenedioxy-N-methylcathinone) (7540) | 1 |
| Butylone (7541) | 1 |
| Pentylone (7542) | 1 |
| alpha-pyrrolidinopentiophenone (α-PVP) (7545) | 1 |
| alpha-pyrrolidinobutiophenone (α-PBP) (7546) | 1 |
| AM-694 (1-(5-Fluoropentyl)-3-(2-iodobenzoyl) indole) (7694) | 1 |
| Acetyldihydrocodeine (9051) | 1 |
| Benzylmorphine (9052) | 1 |
| Codeine-N-oxide (9053) | 1 |
| Desomorphine (9055) | 1 |
| Codeine methylbromide (9070) | 1 |
| Dihydromorphine (9145) | 1 |
| Heroin (9200) | 1 |
| Hydromorphinol (9301) | 1 |
| Methyldesorphine (9302) | 1 |
| Methyldihydromorphine (9304) | 1 |
| Morphine methylbromide (9305) | 1 |
| Morphine methylsulfonate (9306) | 1 |
| Morphine-N-oxide (9307) | 1 |
| Normorphine (9313) | 1 |
| Pholcodine (9314) | 1 |
| Acetylmethadol (9601) | 1 |
| Allylprodine (9602) | 1 |
| Alphacetylmethadol except levo-alphacetylmethadol (9603) | 1 |
| Alphameprodine (9604) | 1 |
| Alphamethadol (9605) | 1 |
| Betacetylmethadol (9607) | 1 |

| Substance | Schedule |
|---|---|
| Dextromoramide (9613) | I |
| Betamethadol (9609) | I |
| Betaprodine (9611) | I |
| Dipipanone (9622) | I |
| Hydroxypethidine (9627) | I |
| Noracymethadol (9633) | I |
| Norlevorphanol (9634) | I |
| Normethadone (9635) | I |
| Trimeperidine (9646) | I |
| Phenomorphan (9647) | I |
| 1-Methyl-4-phenyl-4-propionoxypiperidine (9661) | I |
| Tilidine (9750) | I |
| Para-Fluorofentanyl (9812) | I |
| 3-Methylfentanyl (9813) | I |
| Alpha-methylfentanyl (9814) | I |
| Acetyl-alpha-methylfentanyl (9815) | I |
| Beta-hydroxyfentanyl (9830) | I |
| Beta-hydroxy-3-methylfentanyl (9831) | I |
| Alpha-methylthiofentanyl (9832) | I |
| 3-Methylthiofentanyl (9833) | I |
| Thiofentanyl (9835) | I |
| Amphetamine (1100) | II |
| Methamphetamine (1105) | II |
| Lisdexamfetamine (1205) | II |
| Phenmetrazine (1631) | II |
| Methylphenidate (1724) | II |
| Amobarbital (2125) | II |
| Pentobarbital (2270) | II |
| Secobarbital (2315) | II |
| Glutethimide (2550) | II |
| Nabilone (7379) | II |
| 1-Phenylcyclohexylamine (7460) | II |
| Phencyclidine (7471) | II |
| 1-Piperidinocyclohexanecarbonitrile (8603) | II |
| Alphaprodine (9010) | II |
| Cocaine (9041) | II |
| Codeine (9050) | II |
| Dihydrocodeine (9120) | II |
| Oxycodone (9143) | II |
| Hydromorphone (9150) | II |
| Diphenoxylate (9170) | II |
| Ecgonine (9180) | II |
| Ethylmorphine (9190) | II |
| Hydrocodone (9193) | II |
| Levomethorphan (9210) | II |
| Levorphanol (9220) | II |
| Isomethadone (9226) | II |
| Meperidine (9230) | II |
| Meperidine intermediate-A (9232) | II |
| Meperidine intermediate-B (9233) | II |
| Meperidine intermediate-C (9234) | II |
| Metazocine (9240) | II |
| Methadone (9250) | II |
| Methadone intermediate (9254) | II |
| Dextropropoxyphene, bulk (non-dosage forms) (9273) | II |
| Morphine (9300) | II |
| Thebaine (9333) | II |
| Levo-alphacetylmethadol (9648) | II |
| Oxymorphone (9652) | II |
| Noroxymorphone (9668) | II |
| Racemethorphan (9732) | II |
| Alfentanil (9737) | II |
| Remifentanil (9739) | II |
| Sufentanil (9740) | II |
| Carfentanil (9743) | II |
| Tapentadol (9780) | II |
| Fentanyl (9801) | II |

[[Page 15564]]

The company plans to manufacture small quantities of the listed controlled substances to make reference standards which will be distributed to their customers.

Dated: March 14, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-06535 Filed 3-22-16; 8:45 am]

BILLING CODE 4410-09-P

**NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).**

3/10/2017      Manufacturers Notice of Registration - 2016 - AMRI Rensselaer, Inc.

Case 3:17-cv-00734-L-BN    Document 2    Filed 02/14/17    Page 59 of 79    PageID 60



RESOURCES > Federal Register Notices > Manufacturers Notice of Registration - 2016 > AMRI Rensselaer, Inc.

## Manufacturers Notice of Registration - 2016

[Federal Register Volume 81, Number 94 (Monday, May 16, 2016)]
[Notices]
[Page 30344]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-11392]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Manufacturer of Controlled Substances Registration: AMRI Rensselaer, Inc.**

**ACTION:** Notice of registration.

**SUMMARY:** AMRI Rensselaer, Inc. applied to be registered as a manufacturer of certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants AMRI Rensselaer, Inc. registration as a manufacturer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated November 30, 2015, and published in the Federal Register on December 8, 2015, 80 FR 76312, AMRI Rensselaer, Inc., 33 Riverside Avenue, Rensselaer, New York 12144 applied to be registered as a manufacturer of certain basic classes of controlled substances. No comments or objections were submitted for this notice.

The DEA has considered the factors in **21 U.S.C. 823**(a) and determined that the registration of AMRI Rensselaer, Inc. to manufacture the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C. 823**(a), and in accordance with **21 CFR 1301.33**, the above-named company is granted registration as a bulk manufacturer of the following basic classes of controlled substances:

| Controlled Substance | Schedule |
|---|---|
| Marihuana (7360) | I |
| Tetrahydrocannabinols (7370) | I |
| Amphetamine (1100) | II |
| Lisdexamfetamine (1205) | II |
| Methylphenidate (1724) | II |
| Pentobarbital (2270) | II |
| 4-Anilino-N-phenethyl-4-piperidine (ANPP) (8333) | II |
| Meperidine (9230) | II |
| Fentanyl (9801) | II |

The company plans to manufacture bulk controlled substances for use in product development and for distribution to its customers.

In reference to drug codes 7360 (marihuana), and 7370 (THC), the company plans to bulk manufacture these drugs as synthetics. No other activity for these drug codes are authorized for this registration.

Dated: April 28, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-11392 Filed 5-13-16; 8:45 am]

BILLING CODE 4410-09-P

*NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).*



RESOURCES > Federal Register Notices > Importers Notice of Registration - 2016 > Sigma Aldrich International GMBH-Sigma Aldrich Co. LLC

## Importers Notice of Registration - 2016

[Federal Register Volume 81, Number 32 (Thursday, February 18, 2016)]
[Notices]
[Page 8247]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-03353]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Importer of Controlled Substances Registration: Sigma Aldrich International GMBH-Sigma Aldrich Co. LLC**

**ACTION:** Notice of registration.

**SUMMARY:** Sigma Aldrich International GMBH-Sigma Aldrich Co. LLC applied to be registered as an importer of a basic class of controlled substance. The Drug Enforcement Administration (DEA) grants Sigma Aldrich International GMBH-Sigma Aldrich Co. LLC registration as an importer of this controlled substance.

**SUPPLEMENTARY INFORMATION:** By notice dated October 13, 2015, and published in the Federal Register on October 21, 2015, 80 FR 63839, Sigma Aldrich International GMBH-Sigma Aldrich Co. LLC, 3500 Dekalb Street, Saint Louis, Missouri 63118 applied to be registered as an importer of a certain basic class of controlled substance. No comments or objections were submitted for this notice.

The DEA has considered the factors in **21 U.S.C. 823, 952(a)** and **958(a)** and determined that the registration of Sigma Aldrich International GMBH-Sigma Aldrich Co. LLC, to import the basic class of controlled substance is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C. 952(a)** and **958(a)**, and in accordance with **21 CFR 1301.34**, the above-named company is granted registration as an importer of butylone (7541), a basic class of controlled substance listed in schedule I.

The company plans to import the above listed controlled substance for analytical research and testing of equipment. This authorization does not extend to the import of a finished FDA approved or non-approved dosage form for commercial sale.

Dated: February 10, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-03353 Filed 2-17-16; 8:45 am]

BILLING CODE 4410-09-P

*NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).*





HOME    CONTACT US    A-Z SUBJECT INDEX    PRIVACY NOTICE    WEBSITE ASSISTANCE

| REGISTRATION | REPORTING | RESOURCES | |
| --- | --- | --- | --- |
| Applications | ARCOS | Cases Against Doctors | National Take-Back Initiative |
| Tools | SOM Online | Chemical Control Program | NFLIS |
| Resources | Chemical Import/Export Declarations | CMEA (Combat Meth Epidemic Act) | Publications & Manuals |
| CMEA Required Training & Self | CSOS (Controlled Substances Ordering) | Controlled Substance Schedules | Questions & Answers |

3/10/2017                                    Importers Notice of Registration - 2016 - Lipomed, Inc.

Case 2:17-cv-00734-LRN    Document 2    Filed 02/14/17    Page 60 of 79    PageID 82



RESOURCES > Federal Register Notices > Importers Notice of Registration - 2016 > Lipomed, Inc.

## Importers Notice of Registration - 2016

[Federal Register Volume 81, Number 11 (Tuesday, January 19, 2016)]
[Notices]
[Pages 2907-2910]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-00789]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Importer of Controlled Substances Registration: Lipomed, Inc.**

**ACTION:** Notice of registration.

**SUMMARY:** Lipomed, Inc. applied to be registered as an importer of certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants Lipomed, Inc. registration as an importer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated June 25, 2015, and published in the Federal Register on July 6, 2015, 80 FR 38468, Lipomed, Inc., One Broadway, Cambridge, Massachusetts 02142 applied to be registered as an importer of certain basic classes of controlled substances. No comments or objections were submitted for this notice.

The DEA has considered the factors in **21 U.S.C. 823, 952(a)** and **958(a)** and determined that the registration of Lipomed, Inc. to import the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C. 952(a)** and **958(a)**, and in accordance with **21 CFR 1301.34**, the above-named company is granted registration as an importer of controlled substances:

| Controlled Substance | Schedule |
|---|---|
| Cathinone (1235) | I |
| Methcathinone (1237) | I |
| Mephedrone (4-Methyl-N-methylcathinone) (1248) | I |
| N-Ethylamphetamine (1475) | I |
| N,N-Dimethylamphetamine (1480) | I |
| Fenethylline (1503) | I |
| Aminorex (1585) | I |
| 4-Methylaminorex (cis isomer) (1590) | I |
| Gamma Hydroxybutyric Acid (2010) | I |
| Methaqualone (2565) | I |
| Mecloqualone (2572) | I |
| JWH-250 (1-Pentyl-3-(2-methoxyphenylacetyl) indole) (6250) | I |
| SR-18 (Also known as RCS-8) (1-Cyclohexylethyl-3-(2-methoxyphenylacetyl) indole) (7008) | I |
| JWH-019 (1-Hexyl-3-(1-naphthoyl)indole) (7019) | I |
| JWH-081 (1-Pentyl-3-(1-(4-methoxynaphthoyl) indole) (7081) | I |
| SR-19 (Also known as RCS-4) (1-Pentyl-3-[(4-methoxy)-benzoyl] indole (7104) | I |
| JWH-018 (also known as AM678) (1-Pentyl-3-(1-naphthoyl) indole) (7118) | I |
| JWH-122 (1-Pentyl-3-(4-methyl-1-naphthoyl) indole) (7122) | I |
| JWH-073 (1-Butyl-3-(1-naphthoyl) indole) (7173) | I |
| JWH-200 (1-[2-(4-Morpholinyl)ethyl]-3-(1-naphthoyl) indole) (7200) | I |
| AM-2201 (1-(5-Fluoropentyl)-3-(1-naphthoyl) indole) (7201) | I |
| JWH-203 (1-Pentyl-3-(2-chlorophenylacetyl) indole) (7203) | I |
| Alpha-ethyltryptamine (7249) | I |
| Ibogaine (7260) | I |
| CP-47,497 (5-(1,1-Dimethylheptyl)-2-[(1R,3S)-3-hydroxycyclohexyl-phenol) (7297) | I |
| CP-47,497 C8 Homologue (5-(1,1-Dimethyloctyl)-2-[(1R,3S)3-hydroxycyclohexyl-phenol) (7298) | I |
| Lysergic acid diethylamide (7315) | I |
| 2,5-Dimethoxy-4-(n)-propylthiophenethylamine (2C-T-7) (7348) | I |
| Marihuana (7360) | I |
| Tetrahydrocannabinols (7370) | I |

3/10/2017     Importers Notice of Registration - 2016 - Lipomed, Inc.

Case 3:17-cv-00734-L-BN    Document 2    Filed 03/14/17    Page 61 of 79    PageID 63

Mescaline (7381)
2-(4-Ethylthio-2,5-dimethoxyphenyl) ethanamine (2C-T-2) (7385)
3,4,5-Trimethoxyamphetamine (7390)
4-Bromo-2,5-dimethoxyamphetamine (7391)
4-Bromo-2,5-dimethoxyphenethylamine (7392)
4-Methyl-2,5-dimethoxyamphetamine (7395)
2,5-Dimethoxyamphetamine (7396)
JWH-398 (1-Pentyl-3-(4-chloro-1-naphthoyl) indole (7398)
2,5-Dimethoxy-4-ethylamphetamine (7399)
3,4-Methylenedioxyamphetamine (7400)
5-Methoxy-3,4-methylenedioxyamphetamine (7401)
N-Hydroxy-3,4-methylenedioxyamphetamine (7402)
3,4-Methylenedioxy-N-ethylamphetamine (7404)
3,4-Methylenedioxymethamphetamine (7405)
4-Methoxyamphetamine (7411)
5-Methoxy-N-N-dimethyltryptamine (7431)
Alpha-methyltryptamine (7432)
Bufotenine (7433)
Psilocybin (7437)
Psilocyn (7438)
5-Methoxy-N,N-diisopropyltryptamine (7439)
N-Ethyl-1-phenylcyclohexylamine (7455)
1-[1-(2-Thienyl)cyclohexyl]piperidine (7470)
1-[1-(2-Thienyl)cyclohexyl]pyrrolidine (7473)
N-Ethyl-3-piperidyl benzilate (7482)
N-Methyl-3-piperidyl benzilate (7484)
N-Benzylpiperazine (7493)
2-(2,5-Dimethoxy-4-methylphenyl) ethanamine (2C-D) (7508)
2-(2,5-Dimethoxy-4-ethylphenyl) ethanamine (2C-E) (7509)
2-(2,5-Dimethoxyphenyl) ethanamine (2C-H) (7517)
2-(4-Iodo-2,5-dimethoxyphenyl) ethanamine (2C-I) (7518)
2-(4-Chloro-2,5-dimethoxyphenyl) ethanamine (2C-C) (7519)
2-(2,5-Dimethoxy-4-nitro-phenyl) ethanamine (2C-N) (7521)
2-(2,5-Dimethoxy-4-(n)-propylphenyl) ethanamine (2C-P) (7524)
2-(4-Isopropylthio)-2,5-dimethoxyphenyl) ethanamine (2C-T-4) (7532)
MDPV (3,4-Methylenedioxypyrovalerone) (7535)
Methylone (3,4-Methylenedioxy-N-methylcathinone) (7540)
AM-694 (1-(5-Fluropentyl)-3-(2-iodobenzoyl) indole) (7694)
Acetyldihydrocodeine (9051)
Benzylmorphine (9052)
Codeine-N-oxide (9053)
Cyprenorphine (9054)
Desomorphine (9055)
Etorphine (except HCI) (9056)
Codeine methylbromide (9070)
Dihydromorphine (9145)
Difenoxin (9168)
Heroin (9200)
Hydromorphinol (9301)
Methyldesorphine (9302)
Methyldihydromorphine (9304)
Morphine methylbromide (9305)
Morphine methylsulfonate (9306)
Morphine-N-oxide (9307)
Myrophine (9308)
Nicocodeine (9309)
Nicomorphine (9312)
Normorphine (9313)
Pholcodine (9314)
Thebacon (9315)
Acetorphine (9319)
Acetylmethadol (9601)
Allylprodine (9602)
Alphacetylmethadol except levo-alphacetyl-methadol (9603)
Alphameprodine (9605)
Dioxaphetyl butyrate (9621)
Dipipanone (9622)
Ethylmethylthiambutene (9623)
Etonitazene (9624)
Etoxeridine (9625)
Furethidine (9626)
Hydroxypethidine (9627)
Ketobemidone (9628)
Levomoramide (9629)
Levophenacylmorphan (9631)
Morpheridine (9632)
Noracymethadol (9633)
Norlevorphanol (9634)
Normethadone (9635)
Norpipanone (9636)
Phenadoxone (9637)
Phenampromide (9638)
Phenoperidine (9641)

3/10/2017  Importers Notice of Registration - 2016 - Lipomed, Inc.

Case 3:17-cv-00734-L-BN    Document 2    Filed 03/14/17    Page 62 of 79    PageID 64

| Drug | Schedule |
|---|---|
| Proheptazine (9643) | I |
| Properidine (9644) | I |
| Racemoramide (9645) | I |
| Trimeperidine (9646) | I |
| Phenomorphan (9647) | I |
| Propiram (9649) | I |
| Tilidine (9750) | I |
| Para-Fluorofentanyl (9812) | I |
| 3-Methylfentanyl (9813) | I |
| Acetyl-alpha-methylfentanyl (9815) | I |
| Beta-hydroxy-3-methylfentanyl (9831) | I |
| Amphetamine (1100) | II |
| Methamphetamine (1105) | II |
| Lisdexamfetamine (1205) | II |
| Phenmetrazine (1631) | II |
| Methylphenidate (1724) | II |
| Amobarbital (2125) | II |
| Pentobarbital (2270) | II |
| Secobarbital (2315) | II |
| Glutethimide (2550) | II |
| Nabilone (7379) | II |
| 1-Phenylcyclohexylamine (7460) | II |
| Phencyclidine (7471) | II |
| 4-Anilino-N-phenethyl-4-piperidine (8333) | II |
| Phenylacetone (8501) | II |
| 1-Piperidinocyclohexanecarbonitrile (8603) | II |
| Alphaprodine (9010) | II |
| Anileridine (9020) | II |
| Cocaine (9041) | II |
| Codeine (9050) | II |
| Etorphine HCl (9059) | II |
| Dihydrocodeine (9120) | II |
| Oxycodone (9143) | II |
| Hydromorphone (9150) | II |
| Diphenoxylate (9170) | II |
| Ecgonine (9180) | II |
| Ethylmorphine (9190) | II |
| Hydrocodone (9193) | II |
| Levomethorphan (9210) | II |
| Levorphanol (9220) | II |
| Isomethadone (9226) | II |
| Meperidine (9230) | II |
| Meperidine intermediate-B (9233) | II |
| Metazocine (9240) | II |
| Methadone (9250) | II |
| Methadone intermediate (9254) | II |
| Metopon (9260) | II |
| Dextropropoxyphene, bulk (non-dosage forms) (9273) | II |
| Morphine (9300) | II |
| Thebaine (9333) | II |
| Dihydroetorphine (9334) | II |
| Levo-alphacetylmethadol (9648) | II |
| Oxymorphone (9652) | II |
| Noroxymorphone (9668) | II |
| Phenazocine (9715) | II |
| Piminodine (9730) | II |
| Racemethorphan (9732) | II |
| Racemorphan (9733) | II |
| Alfentanil (9737) | II |
| Remifentanil (9739) | II |
| Sufentanil (9740) | II |
| Carfentanil (9743) | II |
| Tapentadol (9780) | II |
| Bezitramide (9800) | II |
| Fentanyl (9801) | II |

The company plans to import analytical reference standards for distribution to its customers for research and analytical purposes. Placement of these drug codes onto the company's registration does not translate into automatic approval of subsequent permit applications to import controlled substances. Approval of permit applications will occur only when the registrant's business activity is consistent with what is authorized under 21 U.S.C. 952(a)(2). Authorization will not extend to the import of FDA approved or non-approved finished dosage forms for commercial sale.

[[Page 2910]]

Dated: January 11, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-00789 Filed 1-15-16; 8:45 am]

BILLING CODE 4410-09-P

*NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).*



U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION

# OFFICE OF DIVERSION CONTROL

| Search |

HOME        REGISTRATION        REPORTING        RESOURCES        ABOUT US

RESOURCES > Federal Register Notices > Importers Notice of Registration - 2016 > Chattem Chemicals Inc.

## Importers Notice of Registration - 2016

[Federal Register Volume 81, Number 6 (Monday, January 11, 2016)]
[Notices]
[Page 1210]
From the Federal Register Online via the Government Publishing Office [www.gpo.gov]
[FR Doc No: 2016-218]

**DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

**[Docket No. DEA-392]**

**Importer of Controlled Substances Registration: Chattem Chemicals Inc.**

**ACTION:** Notice of registration.

**SUMMARY:** Chattem Chemicals Inc. applied to be registered as an importer of certain basic classes of controlled substances. The Drug Enforcement Administration (DEA) grants Chattem Chemicals Inc. registration as an importer of those controlled substances.

**SUPPLEMENTARY INFORMATION:** By notice dated September 1, 2015, and published in the Federal Register on September 9, 2015, 80 FR 54326, Chattem Chemicals Inc., 3801 St. Elmo Avenue, Chattanooga, Tennessee 37409 applied to be registered as an importer of certain basic classes of controlled substances. Comments and requests for hearings on applications to import narcotic raw material are not appropriate. 72 FR 3417 (January 25, 2007). No comments or objections were submitted for this notice.

The DEA has considered the factors in **21 U.S.C. 823, 952(a)** and **958(a)** and determined that the registration of Chattem Chemicals Inc. to import the basic classes of controlled substances is consistent with the public interest and with United States obligations under international treaties, conventions, or protocols in effect on May 1, 1971. The DEA investigated the company's maintenance of effective controls against diversion by inspecting and testing the company's physical security systems, verifying the company's compliance with state and local laws, and reviewing the company's background and history.

Therefore, pursuant to **21 U.S.C. 952(a)** and **958(a)**, and in accordance with **21 CFR 1301.34**, the above-named company is granted registration as an importer of the following basic classes of controlled substances:

| Controlled Substance | Schedule |
|---|---|
| Methamphetamine (1105) | II |
| 4-Anilino-N-phenethyl-4-piperidine (ANPP) (8333) | II |
| Phenylacetone (8501) | II |
| Opium, raw (9600) | II |
| Poppy Straw Concentrate (9670) | II |
| Tapentadol (9780) | II |

The company plans to import the listed controlled substances to bulk manufacture other controlled substances for distribution to its customers. The company plans to import an intermediate form of tapentadol (9780), to bulk manufacture tapentadol (9780) for distribution to its customers. The company plans to import phenylacetone (8501) in bulk for the manufacture of a controlled substance.

Dated: January 4, 2016.

**Louis J. Milione,**
*Deputy Assistant Administrator.*

[FR Doc. 2016-218 Filed 1-8-16; 8:45 am]

BILLING CODE 4410-09-P

---

*NOTICE: This is an unofficial version. An official version of this publication may be obtained directly from the Government Printing Office (GPO).*

"There is a part of us that longs for something tangible [that reminds us of, and connects us to
God, Grace, & Spirit], that....interacts with the senses. The sacraments, those sacred mixtures
of matter and the Holy Spirit, fulfill that need."
From: 'The Sacramentals: What are they?' Regina Doman

All Sacrament(s) - being 'Sacred Food' - offered by Church of Neuroscience is not a 'drug' as
defined under 21 U.S.C., Title 21, §321(g)(1) of the FD&C Act which defines a drug as an
'article that is intended for use in the diagnosis, cure, mitigation, treatment, or prevention of
disease in man or other animals and articles (other than food) intended to affect the structure or
function of the body of man or other animals.'

## Church of Neuroscience Rites of Beneficence

### PREAMBLE

**I: Expectant and/or nursing Parishioners should not partake Molecular
Sacrament.**

**II: Parishioners undergoing pharmaco-therapy for a physical or
neurological condition are advised to consult with the prescribing
physician before partaking Molecular Sacrament.**

**III. The ingestion of Molecular Sacrament is not without risk; the
ingestion of any given substance necessarily and inevitably is associated
with some degree of risk including medical complication(s) that may result
in hospitalization and/or death. Each individual assumes the risk
associated with the use of Molecular Sacrament and agrees to indemnify
and hold harmless Church of Neuroscience, its Pastor, and any affiliates,
suppliers or other associated individuals, corporations or entities for any
loss, dames, medical complication, hospitalization, or death that may arise
from the use of Molecular Sacrament.**

**IV: Molecular Sacrament are offered, and intended for, the discovery and
realization of their Inherent Beneficence including the fosterance of a
heightened awareness of The Divine Creator(s)/The Grand
Architect(s)/God & Grace; the promotion of more joyful relationships; and**

the cultivation of greater appreciation of the Magnificent Beauty, Immeasurable Worth & Miraculous Nature of Ourselves, of Others, of the Planet Earth & of the Greater Cosmos.

V: Molecular Sacrament are instruments for discovery and development of the ability to constructively and lovingly experience and process the infinite and ever-changing range of emotional, psychological, and spiritual states; Molecular Sacrament do not provide for 'temporary escape' from Existence nor do Molecular Sacrament foster or support the avoidance, masking, or concealing of difficult emotions, unpleasant psychological states, and/or moments of spiritual unrest; partaking Molecular Sacrament for such purposes shall be unfruitful.

VI: Reverent, and proper, partakence of Molecular Sacrament shall not increase the likelihood of harm to any person, creature, or property.

VII: Reverent, and proper, partakence of Molecular Sacrament shall augment, rather than diminish, the miraculous gift of being able to regulate one's action(s)/behavior(s).

VIII: The privilege of access to Molecular Sacrament thru the Church of Neuroscience shall be forfeited for an indeterminate period of time in the event that the Parishioner:
1. Signals a willful intent to disregard Rites of Beneficence - or is known to have done so.
2. Is known to have caused or aided in the partakence of Molecular Sacrament by any person or without His or Her express knowledge & informed consent.

*********************************************************************

A. Through and by the Infinitely Wise Design of The Divine Creator(s) /The Grand Architect(s)/God, partaking Molecular Sacrament by means of oral ingestion (swallowing) usually provides for Optimal Beneficence. Alternative methods of partakence should be avoided (unless justified by a specific circumstance/condition such as gastro-intestinal unrest).

B. References to Model Partakence provide guidance for realizing Optimal Beneficence in partaking Molecular Sacrament; Parishioners are encouraged to adjust partakence to their individual case(s) and arrive at the least amount of Sacrament sufficient to realize the desired Beneficent effect(s)/outcome(s).

C. If You believe you are having an undesirable response from partaking Molecular Sacrament rather than enjoying Beneficence, either reduce, or discontinue partakence.

D. Partaking, in a single instance, an amount greater than three times (3x) that of Model Partakence is strongly discouraged. If it is deemed You have willfully mis-used or if there is reason to believe You intend to deliberately misuse Molecular Sacrament your privilege of access to Molecular Sacrament shall be forfeited for an indeterminate period of time.

E. The achievement of Optimal Beneficence of Molecular Sacrament is best realized and maintained by engaging in at least one (1) day of mindful abstinence in any seven (7) day period - and by limiting partakence of any single given Molecular Sacrament according to the 'For Optimal Beneficence' guidance provided with the educational insert that accompanies any given Molecular Sacrament.  Partakence in excess of the provided guidances tends to detract from Beneficence and is discouraged.

F. Partakence of two (2) or more types of Molecular Sacrament together, at the same time (e.g. EASE & BRIGHT), is generally advised against; doing so should be approached with great care.

G.  Partakence of Molecular Sacrament by means of insufflation (snorting), and/or by burning and inhaling is strongly discouraged and should only be utilized when justifiable circumstances to do so exist.

H. Partakence of Molecular Sacrament™ by means of injection into the body/bloodstream shall only be acceptable if justified by medical circumstances & done under medical supervision.

I. Beneficence of Molecular Sacrament may be amplified by partaking together with others in Fellowship & Goodwill.

J. Under no circumstance should You make it so that another Human Being partakes Molecular Sacrament without His/Her express knowledge and fully informed consent.

K. Partaking alcohol in conjunction with Molecular Sacrament in other than modest amounts, is strongly discouraged - as alcohol tends to interfere with the realization of Optimal Beneficence .

L. Do not drive or operate any type of machinery or heavy equipment after partaking Molecular Sacrament until You have become familiar with the various dimensions and aspects of Beneficence and are certain You are able to do so without increasing the likelihood of putting Yourself and/or Others in harms way.

M. Partaking modest amounts of water (most preferably) and/or other liquids that do not contain alcohol at regular intervals before, during, & after partaking Molecular Sacrament aids in the realization of Optimal Beneficence.

N. For reasons that remain largely unknown to the neurosciences, Female Human Beings (i.e. Goddesses in Human Form) tend to be more sensitive to partakence of Molecular Sacrament, and therefore may realize Optimal Beneficence by partaking smaller amounts of Molecular Sacrament than their male counterparts.

O. Before partaking Molecular Sacrament reflect upon your familiarity with Molecular Sacrament, your mind-set, your setting/surroundings & your purpose for partaking Molecular Sacrament.

P. At all times, & in all places, treat Yourself & Others Kind & Bright.

Q. In All Things Give Thanks - Especially things You do not like.

R.  Remind Yourself each & every day of the Miraculous& Wondrous nature of Your Own Being & of Your Innermost, Immeasurable Beauty; as well as that of Everyone & Everything surrounding You.

S. Give Thanks each & every day to The Divine Creator(s)/The Grand Architect(s)/God & Grace who gave You Life & provide Each of Us with an Ever-Wondrous Planet Earth & Universal Galaxseas in which to Swim, live, discover and above all love.

Before me, _RYAN ALEXANDER GALLAGHER_, on this day personally appeared _____, known to me, or proved to me through _Colorado Driver License_ (identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed. Given under my hand and seal of office this ___11___ day of _March_, (year). _2017_.

_____
Signature of Plaintiff

_____
Signature of Notary

(Personalized Seal)



VICTOR MORALES
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 2/13/2021
NOTARY ID 13101047-6

# Affidavit

NO. _____ N A _____

AFFIDAVIT THE STATE OF TEXAS COUNTY OF ___ DALLAS _____
[PRINT the name of the county where this statement is being notarized.] BEFORE ME, the undersigned authority, on this day personally appeared
_____ Ryan Gallagher _____, who [PRINT the first and last names of the person who will sign this statement.] swore or affirmed to tell truth, and stated as follows:

"My name is ___ Ryan Gallagher _____. [PRINT the first and last names of the person who will sign this statement.] I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

STATEMENT

In 2013 my brother Mason Ryan Wight had an allergic reaction to peanut butter and was taken to the hospital. While being driven to the hospital his airways closed up, and he could not breathe, which caused a heart attack. During this time a Care Flight came to pick him up, and he died once on the way to the Hospital. When he arrived at the Hospital he was brought back to life using machines which allowed his lungs to breathe and his he was put in an induced coma.

He remained in a comatose state for a few days, during which time his brain began to swell (Edema). The Doctors told us that he did not have much longer, because his brain would swell to the point where there were no more lines on it and he would die, and that they were "Willing to try anything" at this point. I had been doing research and found various research papers, links to which can be found in the complaint to which this affidavit is attached, proving that he could be saved by the use of Cannabinoids. The doctors agreed that the research was solid and that it would probably work, but were unwilling or unable to retrieve a proper medical cannabinoid for this purpose due to Federal law, which was protecting Monopolies. Due to these Federal laws his brain continued to swell, and he died. Before he officially died I placed 3 lines on his head, using an oil, in accordance with Shaivite tradition, and placed headphones in his ears and played him his favorite songs. I since then, and currently, carry his ashes in a container around my neck, as he was cremated, which follows the tradition of my sincere religious belief of Hindu Shaivism.

*Ryan Gallagher*

_____

Printed Name

_____
Signature

State of Texas County of ___DALLAS_____ [name of county where
statement is notarized.] SWORN to and SUBSCRIBED before me, the undersigned authority, on the
__11__ day of __MARCH_____, __2017____ year, by
__RYAN___GALLAGHER_____.
[PRINT the first and last names of the person who is signing this affidavit.]
_____ Notary Public, State of Texas [Notary's signature.]



[Notary's seal]

VICTOR MORALES
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 2/13/2021
NOTARY ID 13101047-6

# STATE OF COLORADO
## COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT
### HOLD TO LIGHT TO VIEW WATERMARK

Amended

STATE OF COLORADO
CERTIFICATE OF DEATH

STATE FILE NUMBER

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. SEX | 3. DATE OF DEATH (Month, Day, Year) |
|---|---|---|
| Mason Ryan WIGHT | Male | June 4 2013 |

| 4. SOCIAL SECURITY NUMBER | 5a. AGE (Years) 11 | 5b. UNDER 1 YEAR Mos/Days | 5c. UNDER 1 DAY Hrs/Min | 6. DATE OF BIRTH Month/Day | 7. BIRTHPLACE (City and State or Foreign Country) Dallas, Texas |
|---|---|---|---|---|---|

| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☐ Yes ☑ No | 9a. PLACE OF DEATH (Check only one) HOSPITAL: ☑ Inpatient ☐ ER/Outpatient ☐ DOA OTHER: ☐ Assisted Living/Nursing Home ☐ Hospice ☐ Decedent's Residence ☐ Other (Specify) |
|---|---|

| 9b. FACILITY NAME (If not institution, give street and number) Saint Luke's Presbyterian | 9c. CITY, TOWN, OR LOCATION OF DEATH 1719 E 19th Ave  –Denver | 9d. COUNTY OF DEATH Denver |
|---|---|---|

| 10a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life Do NOT use retired) Never worked | 10b. KIND OF BUSINESS/INDUSTRY none | 11. MARITAL STATUS ☐ Married ☐ Widowed ☑ Never Married ☐ Divorced ☐ Unknown | 12. SPOUSE (If wife, give maiden name) None |
|---|---|---|---|

| 13a. RESIDENCE - STATE Colorado | 13b. COUNTY Douglas | 13c. CITY, TOWN, OR LOCATION Castle Rock | 13d. STREET AND NUMBER 3156 Nellus Way |
|---|---|---|---|

| 13e. INSIDE CITY LIMITS ☑ Yes ☐ No | 13f. ZIP CODE 80104 | 14. WAS DECEDENT OF HISPANIC ORIGIN ☑ No ☐ Yes (Specify) | 15. RACE American Indian, Black, White, etc. (Specify) Caucasian | 16. EDUCATION (Specify only highest grade completed) Elementary of secondary (0 - 12) College (13-16 or 17+) 5 |
|---|---|---|---|---|

| 17. FATHER - NAME (First, Middle, Last) | 18. MOTHER - NAME (First, Middle, Last) Tracy Lynn Lopez | 19. INFORMANT - NAME and relationship to deceased |
|---|---|---|

| 20a. METHOD OF DISPOSITION ☐ Burial/Entombment ☑ Cremation ☐ Removal from state ☐ Donation ☐ Other (Specify) | 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) Colorado Crematory Services | 20c. LOCATION - City or Town, State Wheat Ridge, Colorado |
|---|---|---|

| 21a. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH Signature ⟶ *Rick Wilke* | 21b. NAME AND ADDRESS OF FACILITY Ginger Andrews Caldwell Gibson 407 Jerry Street, Castle Rock, CO 80104 |
|---|---|

| 22a. REGISTRAR'S SIGNATURE Signature ⟶ *Lawrence E Rains Registrar* | 22b. DATE FILED (Month, Day, Year) AUG 22 2013 |
|---|---|

**FUNERAL DIRECTOR** (side margin)

| 23. TIME OF DEATH 1705 ☐ AM ☑ PM | 24. DATE AND TIME PRONOUNCED DEAD Month June / Day 4 / Year 2013 / Time 1705 ☐ AM ☑ PM | 25. WAS CORONER NOTIFIED? ☑ Yes ☐ No |
|---|---|---|

| 26. TO BE COMPLETED BY SIGNING PHYSICIAN To the best of my knowledge, death occurred at the time, date and place, and due to the cause(s) and manner as stated. Signature ⟶ | 26a. DD ☐ DO ☑ | 26b. TO BE COMPLETED BY CORONER On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place, and due to the cause(s) and manner as stated. *Lora L Thomas* ☑ Coroner ☐ Assoc/Deputy Coroner |
|---|---|---|

| 26c. DATE SIGNED (Month, Day, Year) | 27c. DATE (Month, Day, Year) August 16, 2013 |
|---|---|

| 26d. NAME AND MAILING ADDRESS OF SIGNING PHYSICIAN | 27d. NAME AND COUNTY Lora L. Thomas - Douglas County |
|---|---|

| | 28. NAME OF ATTENDING PHYSICIAN IF OTHER THAN SIGNING PHYSICIAN |
|---|---|

**PHYSICIAN/CORONER** (side margin)

| 29. MANNER OF DEATH ☑ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Undetermined | 30. DID TOBACCO USE CONTRIBUTE TO DEATH ☐ Yes ☐ No ☐ Probably ☐ Unknown | 31. IF FEMALE ☐ Not pregnant within last year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year |
|---|---|---|

| 32a. DATE OF INJURY (Month, Day, Year) | 32b. TIME OF INJURY ☐ AM ☐ PM | 32c. INJURY AT WORK? ☐ Yes ☐ No | 32d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|

| 32e. PLACE OF INJURY - At home, farm, street, factory, office building, etc. (Specify) | 32f. LOCATION INJURED (Street and Number or Rural Route Number, City, County, State) |
|---|---|

| 33. IMMEDIATE CAUSE - enter only one cause per line for (a), (b), and (c). Do not enter mode of dying (e.g. Cardiac or Respiratory Arrest) alone. | | Interval between onset and death |
|---|---|---|
| Part 1. Conditions if any which gave rise to immediate cause stating the underlying cause last (a) | Anoxic brain injury | Unknown |
| DUE TO OR AS A CONSEQUENCE OF: (b) | Severe respiratory compromise | Unknown |
| DUE TO OR AS A CONSEQUENCE OF: (c) | A probable food (peanut) allergen provoked anaphylactic episode | Unknown |

| Part 2. OTHER SIGNIFICANT CONDITIONS - Conditions contributing to death but not related to cause in Part 1 | 34. AUTOPSY ☑ Yes ☐ No | 35. IF YES, were findings considered in determining cause of death? ☑ Yes ☐ No |
|---|---|---|

---

DATE ISSUED **AUG 22 2013**

*Ronald S. Hyman*
RONALD S. HYMAN
STATE REGISTRAR

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.



0 0 5 9 9 3 3 2 - 1

REV 01/07

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## *Michael A. Burson, MD PhD*
### *Forensic Pathology Consultant*

P.O Box 419
Loveland, CO 80539
E-mail:
bursonm@mac.com

Monday-Friday
8 am to 5 pm
(970) 635-4126
After-hours:
(970) 635-4151
Fax:
(970) 203-2509

## AUTOPSY REPORT

**Name of decedent:** Mason Wight                     **Case#:** DA13-065

**Douglas County Case#:** 2013-0549

**Date and time of death:** June 06, 2013 at 0114 hrs      **Age:** 11 YEARS

**Date and time of autopsy:** June 06, 2013 at 1145 hrs     **Sex:** Male

DIAGNOSES:
  I. HISTORY OF SEVERE ASTHMA AND FOOD ALLERGIES WITH MULTIPLE PRIOR HOSPITALIZATIONS
      A. CHRONIC CHANGES OF REACTIVE AIRWAY DISEASE (ASTHMA) INVOLVING BOTH LUNGS
      B. BRONCHOPNEUMONIA AND BRONCHIOLITIS
      C. CEREBRAL THROMBOSIS
 II. TOXICOLOGY:
      A. DRUG SCREEN (MEDICAL RECORD REVIEW)------------NONE DETECTED
      B. ETHANOL, (MEDICAL RECORD REVIEW)--------------NONE DETECTED
III. CHEMISTRY:
      A. SERUM TRYPTASE, ADMISSION BLOOD------------6.5 ng/ml  (<11.5)
      B. HISTAMINE, ADMISSION BLOOD----------- <40 nmol/l  (1800-1800)


TOXICOLOGY:
Reference Lab:       Horizon Lab, LLC
                     2000 Boise Ave.
                     Loveland, CO 80538


OPINION:
Based on the history provided and the autopsy findings, the cause of death is complications of a severe asthma attack. Although an allergic reaction (anaphylaxis) was considered, the laboratory studies (serum tryptase and histamine) do not support such a diagnosis. Similarly,

**WIGHT, MASON**
**Douglas County, Colorado**
**Autopsy No. DA13-065**          -2-

although pneumonia, bronchiolitis (inflammation of the airways) and
cerebral thromboses (blood clots) were diagnosed, these likely
developed while in the hospital on life support and thus did not
contribute to the death. The manner of death is natural.


Michael A. Burson, M.D., PhD
Forensic Pathology Consultant

MB/NW AD: 06/06/2013 AT: 06/12/2013 MD: 07/10/2013 MT: 07/11/2013

WIGHT, MASON
Douglas County, Colorado
Autopsy No. DA13-065          -3-

HISTORY:  The decedent is an 11-year-old Caucasian male (DOB: 12/15/2001) who has a medical history significant for asthma and severe food allergies. Reportedly, the decedent was eating non-peanut M&Ms on the afternoon of May 31, 2013 when he started having difficulty breathing. Although the decedent is known to have allergies, the symptoms he was exhibiting were not consistent with prior reactions. The decedent's parents opted to transport him to the hospital by private vehicle, and while en route the decedent's condition deteriorated and he went unresponsive. Despite clinical efforts, the decedent was transported to Sky Ridge Medical Center, where he was found to be asystolic with fixed and dilated pupils. The decedent was then transported to Presbyterian/St. Luke's where the decedent's condition failed to improve and he was subsequently placed on life support pending organ retrieval. The decedent was subsequently pronounced dead at 0114 hours on June 06, 2013 and underwent organ retrieval.

WITNESSES:  Personnel present for the postmortem examination include Michael Burson, MD PhD, Pathologist and Jamie Lesnansky, Autopsy Assistant.

IDENTIFICATION:
  • By the Douglas County Coroner, State of Colorado.

CLOTHING:  The decedent is received in an unsealed body bag and unclad.
  • Accompanying the body is a portion of a cloth blanket with a note. This is maintained with the body throughout the procedure.

IDENTIFYING MARKS AND SCARS:
  • None

EVIDENCE OF MEDICAL/SURGICAL INTERVENTION: Evidence of medical/surgical intervention consists of the following:
  • A nasogastric tube
  • A secured endotracheal tube
  • A blood pressure cuff on the left arm
  • Bandaged venipuncture marks on the bilateral antecubital fossae
  • A probable chest tube in the right chest
  • An intravascular line in the right groin
  • A Foley catheter
  • An intravascular line in the right wrist
  • A sutured midline incision (organ retrieval) on the abdomen
  • A bandaged intraosseous stick mark on the left leg

WIGHT, MASON
Douglas County, Colorado
Autopsy No. DA13-065            -4-

- Gauze on the bilateral eyes
- Hospital identification bracelets on the left wrist
- A pulse oximeter lead on the second digit of the right foot
- Three probable intrapleural catheter sticks on the right subclavian area
- Three adhesive patches on the posterior aspect of the body
- A rectal probe
- An electrocardiographic lead on the posterior right shoulder

### EVIDENCE OF INJURY

EXTERNAL EVIDENCE OF INJURY:
- None

INTERNAL EVIDENCE OF INJURY:
- None

### GENERAL EXTERNAL EXAMINATION

The autopsy is commenced at 1145 hours, on June 06, 2013 on the body of Mason Wight at the Douglas County Coroner's Office, Castle Rock, CO. This autopsy is performed at the request of the Douglas County Coroner, State of Colorado. The body is that of a well-developed, well-nourished Caucasian male whose appearance is generally consistent with the reported age of 11 years. The body measures 59-inches long and weighs 84 pounds (status post organ retrieval).

At the time of autopsy, rigor mortis is developed in the major muscle groups and the muscles of mastication. Livor mortis is not readily apparent.

HEAD: Head hair is brown, normally distributed and measures up to 1.5 cm long over the crown. EYES: The irides are brown; the pupils are equal at 0.3 cm.  The sclerae are white and there are no scleral or conjunctival petechiae.  NOSE: The nose is midline, and does not grate upon palpation. ORAL CAVITY: The oral cavity contains natural dentition in good repair.  There are no buccal mucosal petechiae.

NECK:  The neck structures are midline and without palpable adenopathy.

CHEST:  The breasts and nipples are normal adolescent male without palpable masses.

ABDOMEN:  The abdomen is flat (status post organ retrieval).

WIGHT, MASON
Douglas County, Colorado
Autopsy No. DA13-065            -5-


GENITALIA:   The external genitalia are normal circumcised male with testes descended bilaterally. Tanner development is Stage I - II.


EXTREMITIES:
UPPER EXTREMITIES:   The upper extremities are well developed and symmetrical with all digits present. The fingernails are short, slightly dirty and in fair repair without evidence of tearing.
LOWER EXTREMITIES: The lower extremities are well developed and symmetrical with all digits present. The toenails are moderate length, dirty and in fair repair.


BACK AND SACRUM:   The back and sacrum are unremarkable.

### GENERAL INTERNAL EXAMINATION

The body is opened with a modified thoracoabdominal incision due to prior organ retrieval. There is abundant serosanguinous fluid within the abdominal cavity due to organ retrieval procedures. The following organs have been retrieved by Donor Alliance:
- Heart
- Liver
- Spleen
- Bilateral kidneys
- Adrenal glands
- Pancreas


BODY CAVITIES:   There are no abnormal adhesions in any of the body cavities.

CARDIOVASCULAR SYSTEM:   Heart retrieved by Donor Alliance.

RESPIRATORY SYSTEM:   The lungs are removed and en bloc and inflated with formalin for additional histologic evaluation. Initial gross inspection reveals a pink-purple parenchyma with normal septation. The lungs are moderately inflated and grossly unremarkable. The trachea exudes moderate mucoid fluid but is otherwise patent and unremarkable. The combined lung weight is 650 grams. The lungs are retained for additional evaluation.

SPLEEN:   Retrieved by Donor Alliance.

LIVER AND BILIARY SYSTEM:

WIGHT, MASON
Douglas County, Colorado
Autopsy No. DA13-065            -6-

LIVER: Retrieved by Donor Alliance.

GASTROINTESTINAL TRACT:
ESOPHAGUS: The esophagus has a uniform diameter and intact mucosa. STOMACH: The stomach contains approximately scant mucoid fluid. The mucosa is smooth, glistening, and arranged in normal rugal folds. There are no gastric or duodenal ulcers. SMALL AND LARGE INTESTINES: The small and large intestines have a uniform dimension and appear unremarkable. The vermiform appendix is not visualized.

PANCREAS:  Retrieved by Donor Alliance.

ADRENAL GLANDS:  Retrieved by Donor Alliance.

GENITOURINARY SYSTEM:
KIDNEYS: Retrieved by Donor Alliance. MALE INTERNAL GENITALIA:  The prostate gland is unremarkable. The testicles are not examined.

NECK: The neck structures are removed. The anterior musculature is smooth and glistening. The epiglottis and hypopharynx are unremarkable. The hyoid bone and thyroid cartilage are intact. The laryngeal mucosa is pink-purple, moist, and smooth. There are no masses or aspirated material. The thyroid gland has symmetrical lobes and appears unremarkable.

SPINE:  The spine has normal configuration.

SKULL AND BRAIN:   Reflection of the scalp reveals no areas of laceration, contusion, or hematoma. The skull is intact and without fracture. The dura is intact and without epidural or subdural hemorrhage. There is no subarachnoid hemorrhage. The brain is markedly edematous and soft and weighs 1600 grams. The cerebrovascular system has normal configuration, however there appears to be a well-formed thrombus within the cerebral arteries and sinuses. The cranial nerves are symmetrically intact. Serial coronal sections through the brain reveal no areas of hemorrhage, contusion, or mass lesion within the cortex, white matter, brainstem, or cerebellum. The atlanto-occipital joint is intact. The cervical spinal column has normal mobility.

WIGHT, MASON
Douglas County, Colorado
Autopsy No. DA13-065            -7-

## SPECIMENS OBTAINED

SPECIMENS:  Hospital blood samples are retained. Post-mortem blood samples are not taken and/or submitted due to prolonged hospitalization.

TOXICOLOGY: Hospital blood samples are retained and are submitted to Horizon Labs, LLC for analysis.

HISTOLOGY:  Sections of brain, cerebrovasculature and larynx are submitted for histology.

## MICROSCOPIC EXAMINATION

LUNG:  Sections of the lung show marked acute inflammation of the respiratory bronchioles and alveolar air spaces.  This likely represents aspiration pneumonia and bronchiolitis, which developed while on life support during the hospitalization. Additionally there is moderate thickening of the bronchiolar basement membranes and glandular hyperplasia, which represent chronic changes associated with reactive airway disease (asthma).

BRAIN:  Sections of the brain show scattered "red neurons" which are characterized by eosinophilic cytoplasm and pyknotic nuclei. Such neurons represent anoxic (lack of oxygen) injury, which occurred during the primary insult (asthma attack). There is also a loosely formed intravascular thrombus characterized by erythrocyte lakes, fibrin stranding and inflammatory cells.