IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RYAN GALLAGHER,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:17-CV-734-L-BN** |
| § | |
| **DRUG ENFORCEMENT AGENCY;** § | |
| **US ATTORNEY GENERAL;** and § | |
| **ASHLEY DEMETRA,** § | |
| § | |
| Defendants. § | |

## JUDGMENT

This judgment is issued pursuant to the court's order, dated April 6, 2017. It is, therefore, ORDERED, ADJUDGED, and DECREED that this action is **dismissed without prejudice** for lack of jurisdiction. The clerk of the court shall transmit a copy of this judgment and a copy of the order dated April 6, 2017, accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to Plaintiff.

**Signed** this 6th day of April, 2017.

Sam A. Lindsay
United States District Judge

**Judgment - Solo Page**